ORIGINAL

RECEIVED
APR 05 2022
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Plaintiff,

**APPLICATION FOR THE COURT TO
REQUEST COUNSEL**

-against-

22 CV 1159 (ENV) RML

Defendant(s).
-------------------------------------------------------------X

1. Name of applicant _Andrew Martin Sinclair_

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   _I was told I need a lawyer to represent me_

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

   _I have searched Many places and got Quotes but Can't afford it_

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   _English_

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: _04/05/2022_

_____
*Signature*

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

                         Plaintiff,

      -against-

                        Defendant(s).
-------------------------------------------------------------X

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**IN SUPPORT OF THE**
**APPLICATION FOR THE COURT TO**
**REQUEST COUNSEL**

_____CV_____ (     )

I, _Andrew Sinclair_____ (print or type your name) am the plaintiff/defendant
in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to
prepay fees or costs or give security.  I state that because of my poverty I am unable to pay the costs of
said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of
earnings per month.

    *Currently unemployed Self Employed*
    *but closing business because of the case*

2. If you are not presently employed, state the date you were last employed and your earnings per
month at that time. **You must answer this question even if you are incarcerated.**

    *September 2021     $1000*

3. Have you received, within the past twelve months, any money from any source?  If so, name the
source and the amount of money you received.

    *Self Employment   $3000*

    a) Are you receiving any public benefits?     ☒ No  ☐ Yes, $_____

    b) Do you receive any income from any other source?    ☒ No  ☐ Yes, $_____

*rev. 7/08*

4.   Do you have any money, including money in a checking or savings account?  If so, how much?

*Present to date $260*

5.   Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property?  If the answer is yes, describe the property and state its approximate value.

☐ No   ☒ Yes, $ *3000   Car*

6.   Do you pay for rent or for a mortgage?  If so, how much each month?

☐ No   ☒ Yes, $ *650 Month*

7.   List the person(s) that you pay money to support and the amount you pay each month.

*Lauren Sinclair $167*

8.   State any special circumstances which the Court should consider.

*Invested all I had in my business but now forced to close it in the USA*

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits.  See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: *06/05/2022*

_____
*Signature*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

                    Plaintiff,

                                                    **AFFIRMATION OF SERVICE**

        -against-

                                                    22 CV _1159_ (_ENV_ _RML_

                    Defendant(s).
--------------------------------------------------------- X

        I, _Andrew Sinclair_ (print or type your name), **declare under penalty of**

**perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the

defendant(s) or the attorney for defendant(s) _Andrew Martin Sinclair_

whose address is: _PO Box 350008, Jamaica NY 11435_

by _Personal_
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _04_/_05_/_2022_

                                                    _____
                                                    *Signature*

                                                    _PO Box 350008_
                                                    Address

                                                    _Jamaica NY_

                                                    _11435_
                                                    City, State & Zip Code

*rev. 7/08*