**ORIGINAL**

Dear Court,

Case # 22CV1159

I have tried to find a lawyer to represent me and no one seems interested. I had one offer that wanted $250,000 Retainer which I cannot afford. I ask that you please accept my Answer.

Thank you
Andrew Martin Sinclair
7186352135

RECEIVED JUN 01 2022 PRO SE OFFICE