ORIGINAL

RECEIVED
JUN 01 2022
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA

    Plaintiff

vs.

ANDREW MARTIN SINCLAIR, B4B EARTH
TEA LLC AND B4B CORP

    Defendant(s)
---------------------------------------X

NOTICE OF MOTION

__22__ CV __1159__ (    )

PLEASE TAKE NOTICE that upon the annexed ~~affidavit~~ or affirmation of __Andrew Martin Sinclair__, sworn to or affirmed _____, 20 __22__ and upon the complaint herein, plaintiff will move this Court, _____, U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the ___ day of _____, 20___, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to Rule __12(b)__ of the Federal Rules of Civil Procedure granting

**Motion of Partial Dismiss to statements contained in plaintiff's accusations please see attached page 1 titled "Reason to request Motion to dismiss" which states why I Defendant believe the court should grant this motion**

Dated: June 1, 2022

Plaintiff Pro Se

Signature
**ANDREW MARTIN SINCLAIR**
Print Name
**PO BOX 350008**
Address
**Jamaica NY 11435**
**718-635-2135**
Phone #

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

(CAPTURED FROM THE FDA WEBSITE MAY 19, 2022)

## How Are Supplements Regulated?

You should know the following if you are considering using a dietary supplement.

A. Dietary supplement manufacturers do not have to get the agency's approval before producing or selling these products.

B. Federal law does not require dietary supplements to be proven safe to FDA's satisfaction before they are marketed.

C. For most claims made in the labeling of dietary supplements, the law does not require the manufacturer or seller to prove to FDA's satisfaction that the claim is accurate or

D. Dietary supplements are regulated by the FDA as food, not as drugs.

Earth tea extra strength is an 100% Natural Supplement Drink, marketed as a natural Immune Drink, that May help support the immune systrem, to help our body overcome issues.. Based on the above facts A, B, C and D posted on the FDA website, I the Defendant asked that the court grants Motion to Dismiss Plaintiff's statements contained in the following Paragraphs

2, 4, 21, 22, 27, 28, 29, 39, 40, 43, 45, 67, 68, 69, 70, 71, 72

June 1, 2022
Date

Andrew Martin Sinclair

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X
UNITED STATES OF AMERICA

       Plaintiff

vs.                            ~~AFFIDAVIT~~/AFFIRMATION

ANDREW MARTIN SINCLAIR, B4B EARTH    __22__ CV__1159__(   )
TEA LLC AND B4B CORP

       Defendant(s)
---------------------------------------X

STATE OF NEW YORK      )
COUNTY OF               ) ss.:

    I, **Andrew Martin Sinclair**, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

    I, _____, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order **Motion to Dissmiss Rule (12b) and Rule (11)**.

The reason why I am entitled to the relief I seek is the following: **please see attach pages titled reason to request Motion to dismiss, page 1 and page 2**

    WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this 1st
day of June, 20 22

_____
Notary Public

SUNNY PHONG
Notary Public, State of New York
Reg. No. 01PH6387923
Qualified in Kings County
Commission Expires 02/25/2023

Signature
_Andrew Martin Sinclair_
Print Your name
Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA          :
                                  :
          Plaintiff               :
                                  :
     vs.                          :          Affirmation of Service
                                  :
ANDREW MARTIN SINCLAIR, B4B EARTH :          __22__ CV__1159__ (        )
TEA LLC AND B4B CORP              :
                                  :
                                  :
          Defendant(s)            :
---------------------------------X

I, __Andrew Martin Sinclair__, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/~~Affidavit~~ in support upon _____

__Michael Blume - US Attorney's Office__

whose address is: __271-A Cadman Plaza East, Brooklyn NY 11201__

Dated: __June 1, 2022__, New York

Signature

__PO BOX 350008__
Address

__JMAICA NY 11435__
City, State & Zip Code

__718-635-2135__
Telephone

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006