UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>B4B EARTH TEA LLC, a limited liability company;<br><br>B4B CORP., a corporation; and<br><br>ANDREW MARTIN SINCLAIR, individually and as an officer of B4B EARTH TEA LLC and B4B CORP.,<br><br>    Defendants. | **AFFIDAVIT OF TONY PEZZANO IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>**Civil Action No.:  22-CV-1159** |

Tony V. Pezzano, being duly sworn, pursuant to 28 U.S.C. § 1746, does hereby depose and states under penalty of perjury that the following is true and correct:

1. I submit this affidavit in support of the motion made by Matthew Asbell ("Asbell") and Tony Pezzano ("Pezzano"), attorneys at Offit Kurman, P.A. ("Offit"), for leave to withdraw as counsel for the Defendants.
2. I am an attorney licensed in New York and admitted to practice before the Eastern District of New York.
3. I entered an appearance in this matter as counsel for the Defendants B4B Earth Tea LLC, B4B Corp., and Andrew Martin Sinclair on September 12, 2022.
4. Since I am admitted in Eastern District of New York, I was requested by Asbell, who was not admitted at the time, to enter an initial appearance to request postponement of an initial Status Conference.
5. In my initial and only letter to this Court in relation to this matter, I pointed out that Defendants retained my firm for the purpose of settling this matter with Plaintiff, and I requested a postponement of a Status Conference that was scheduled for September 13, 2022.
6. My appearance and involvement in this matter was limited to the foregoing.
7. I have not participated in this matter substantively since my initial appearance, and I have had no direct communication with the Defendants.

Dated: December 20, 2022　　　　　　/s/Tony V. Pezzano
New York, New York　　　　　　　　Tony V. Pezzano
　　　　　　　　　　　　　　　　　(TP2058)
　　　　　　　　　　　　　　　　　Principal
　　　　　　　　　　　　　　　　　Offit Kurman, P.A.
　　　　　　　　　　　　　　　　　590 Madison Avenue – 6th Floor
　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　T: 212-545-1900
　　　　　　　　　　　　　　　　　F: 212-545-1656
　　　　　　　　　　　　　　　　　Tony.Pezzano@offitkurman.com