**ORIGINAL**

Andrew Sinclair
B4B Corp, B4B Earth Tea LLC

Jan, 20 2023

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201



RECEIVED
JAN 20 2023
PRO SE OFFICE

Re: *United States v. B4B Earth Tea LLC, et al.* No. 22-CV-1159

Dear Judge Levy:

*I am Andrew Sinclair, B4B Corp, B4B Earth Tea LLC,* the *defendant in this case. I would* like *to request additional time for counsel*

I received the order to secure counsel 45 days from December 20, 2022. I the Defendant was not expecting the sudden withdrawal of the previous attorney but I understand that the discovery process might be beyond his expertise.

The settlement negotiation process took all my money. I appreciate starting the discovery process because my hope is to receive a fair trial, where evidence and proof will be brought forward, for accusations against me.

After my experience with the settlement agreement negotiation, I do not think there's an option for further negotiations. I am ready to go through the process my issue is now counsel. I requested help from the Bar Association and received a response, Jan 19, 2023 I was told, I need to get an attorney. I am asking for time to give my new attorney the retainer required to represent me. On Dec 20, 2022 after receiving the case update I reached out to law firms to find counsel. I found one that's reasonable and will be able to go through the discovery process. I will be ready by April 22, 2023. I understand lab test, and specialist maybe be required throughout the process, I am preparing myself to go through the entire discovery process.

I've exhausted my every option for funding since Dec 20, 2022, at the moment the only option is to work and save for my attorney.

Thank you


Defendant
Andrew Sinclair B4B Corp
B4B Earth Tea LLC

Jan 20, 2023