Search …   Search

B4B Earth Tea 3 Yrs Anniversary

Store    My Account    Cart    Feedbacks    Locations    Join the Movement    Donate    Info

# 100% Plant Based Products









## Earth Tea Extra Strength (sold each)

Store  /  100% Plant Based

SKU 72743120978

### $60.00

**Reason for trying our Plant Based Product?**



Bag is empty    Open bag
$0.00

4/21/23, 10:25 AM
Earth Tea Extra Strength (sold each)
Case 1:22-cv-01159-ENV-RML    Document 28-1    Filed 04/21/23    Page 2 of 4 PageID #: 116






In stock

Quantity: 1

**Add to Bag**

Share this product with your friends

Share    Tweet    Pin it

## Product Details

Brand: B4B Earth Tea

If your doctor can't help you or you would like to try something Plant Based, you can give Earth Tea Extra Strength a try but please note:

The use of our products is not intended to replace the recommendations of your healthcare provider.
We prefer you try our product after all have failed.
Please contact us before purchasing



Bag is empty    Open bag
$0.00

Feedbacks are used as guidelines to use our product against similar reported issues they are not claims

This product is unsweetened and may require sweetening preferably honey or agave

If you need assistance purchasing or have any issues to report please call / text / voice note 718-635-2135.
Please note Earth Tea Extra strength is not a Cure or Treatment for any one disease or issue.

Earth Tea Extra Strength is a Plant Based immune Support Drink that May help support your Immune system to overcome your issues.

B4B Earth Tea Extra Strength was developed to support our immune system, with the idea that our immune system can handle our issues. Our drink is extremely potent and is extremely effective with supporting the immune system, trying one bottle can change your life. Start recovery today with the World's First 100% Plant Based Immune Drink

General use. Half Bottle per day 8oz per day until the recommended bottles are finished

Have your Doctor compare your results regardless of the product you are using, including this to see if its helping your issue.

Developed Mar 20, 2020

My Account     Track Orders     Shopping Bag



Bag is empty   Open bag
$0.00

Case 1:22-cv-01159-ENV-RML   Document 28-1   Filed 04/21/23   Page 4 of 4 PageID #: 118

All B4B Earth Tea LLC products are made from plants with nothing man made added. We are one of a kind and stand behind our products 100%.

B4B Earth Tea 3 Yrs Anniversary　　　　　　　　　　　　　　　　　　Proudly powered by WordPress



Bag is empty　Open bag
$0.00