Search … Search

B4B Earth Tea 3 Yrs Anniversary 



# Immune System vs Covid

Done to confirm our Internal trials

Earth Tea Investigational Trial #1 Against Covid19.



EARTH-TEA-TRIAL.pdf     2 / 13     80%

**Abstracts:**

**Background/Objective:** Coronavirus disease 2019 (COVID-19) is a viral that inflames the mucous membrane. Alveolar injury and eventually pneu this. It is brought on by the positive-sense single-stranded RNA virus S referred to as the novel coronavirus. The signs and symptoms of COVID-19 cough, exhaustion, sore throat, diarrhoea, headache, conjunctivitis, nasal aches and pains, fatigue, loss of taste and smell, a skin rash, and discoloration toes. The main focus of research has been on current antiviral medication COVID-19 treatments. Hence, the present work was focused for clinic determinations of SARS-COV-2 (COVID-19) safety and efficacy of the drink of "Earth Tea". The product of "Earth Tea" Manufactured By Ma Corp,40, Remsen Ave, Brooklyn, NY 11212 ,United States.

**Methods:** An Open Label, Multicenter, Multi-Dose, Single Arm Treatmer Human Adult Patients with Mild COVID-19 was the main goal of the st safety and effectiveness of "Earth Tea" for COVID-19 as well as the safety a multi-dose given to human adult patients with COVID-19 infections.

**Results:** In the analysis, patients showed a significant reduction in clinic biologically cure analysis on Day 02 of evaluation visit. Moreover, significa RT-PCR report noted on Day-02 and there were no adverse events reporte the study. Therefore, there were no Serious adverse events or deaths reporte

**Conclusion:** Based on these results obtained in the study, the product is found to have a significant efficacy and also a safe product.

**Key Words:** Earth tea, COVID-19, SARS-COV-2, Clinical trial, Safety Multicenter-Multi-Dose-Single Arm-Treatment Clinical Trial.

EARTH-TEA-TRIAL     DOWNLOAD

B4B Earth Tea 3 Yrs Anniversary

Proudly powered by [WordPress](WordPress)