

B4B Earth Tea 3 Yrs Anniversary

# Video Reviews all Facts

Earth Tea Extra Strength Shared Videos.



## Earth Tea Extra Strength vs bronchitis



active

**Earth Tea Extra Strength vs bronchitis**



**Earth Tea Extra Strength vs Cold and Sickle Cell kids**

Review submitted from experience using Earth Tea Extra Strength …



**Earth Tea Extra Strength vs Arthritis**

Always love Reviews.. Earth Tea Extra Strength vs Pain! We knock #pain ...



**Earth Tea Extra Strength vs Arthritis**

Real life feedback from someone who tried Earth Tea Extra Strength for ...



**Earth Tea Extra Strength vs Kidney Disease, blood pressure, diabetes**



**Earth Tea Extra Strength vs Pain**

Earth Tea Extra Strength vs Pain, we will mark this one confirmed! The …



**Earth Tea Extra Strength Review as Immune Booster**

Review from someone healthy who tried Earth Tea Extra Strength and …



**Earth Tea Extra Strength vs Pain vs Kidney disease**

Share our videos with your friends and families We are the real deal! …



**Earth Tea Extra Strength vs Pain**

Earth Tea Extra Strength the World's first Instant Immune Booster! ...



**Earth Tea vs Fibroids**

Earth Tea Extra Strength vs Fibroids ladies you know that's your thing ...



**Earth Tea Extra Strength vs Pain vs Blurry Vision**

The World's first Instant Immune Booster is going up against all sorts ...



**Earth Tea Extra Strength prevented Stomach surgery**

Someone here was scheduled for surgery to remove something in his ...



**what is Earth Tea Extra Strength**

here's our explanation of what is Earth Tea Extra Strength and how it …



**Earth Tea vs border line Diabetes, kidney pain, cravings**

hers a video feedbacks from someone who have been using Earth Tea …

B4B Earth Tea 3 Yrs Anniversary

Proudly powered by [WordPress](WordPress)