

**U.S. Department of Justice**

Consumer Protection Branch

| **Overnight Delivery Address** | **Mailing Address** |
|---|---|
| 450 Fifth Street, NW, Sixth Floor South | P.O. Box 386 |
| Washington, D.C. 20001 | Washington, D.C. 20044 |

April 24, 2023

**VIA ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. B4B Earth Tea LLC, et al. No. 22-CV-1159*

Dear Judge Levy:

    The United States submits this letter in response to the Court's April 21, 2023, Order in the above-captioned case, indicating that the Court is inclined to afford Defendants a final extension to June 16, 2023, to retain new counsel. The United States does not oppose such an extension.

    Respectfully submitted,

    /s/ Zachary A. Dietert
    James T. Nelson
    Zachary A. Dietert
    James.Nelson2@usdoj.gov
    (202) 616-2376
    Zachary.A.Dietert@usdoj.gov
    (202) 616-9027

    Counsel for the United States