No. 22-CV-1159
Andrew Sinclair  9703 Sutphin Blvd #350008 Tele: 718-635-2135 email: Asinclairhg@gmail.com

April 20, 2023

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Apr 22, 2023, 2:18 AM**
**Pro Se Office via Box.com**

Re: United States v. B4B Earth Tea LLC, et al. No. 22-CV-1159


Dear Judge Levy:

I  Andrew Sinclair, (B4B Earth Tea LLC, B4B Corp) I am the Defendant, I submit this letter to object the Plaintiffs reasons to deny my request for continuance

Your Honor my delay with counsel is beyond my control. My previous attorney hired a pharmaceutical defense attorney to  represent me when I found out and questioned Mr Matthew Asbell he decided to depart. ( please see attached page with email to Mr Asbell)  The previous attorney purposely mentioned I refused his advice in his departure letter as an advantage to the Plaintiff but that was not the reason. The Plaintiff repeated this in Both letters to the court because it was planned.

The recent 90 days extension was enough to secure the attorney that I spoke with but the unannounced change made it impossible to meet the deadline, your honor that was not my fault and I should not be punished for something purposely done to me. (Email evidence of price increased attached)

I asked for 6 months to personally save over $100,000 to hire an official liquidation attorney, with additional funds to move forward. I asked that you please consider my situation. I am not drawing out this case if the court can advise possibility to represent myself, I would like to represent myself and dismantle the company if necessary. I am the Owner of the product B4B Earth Tea and all it's content not the company.

Exhibit 28-1 submitted by the Plaintiff shows I do not offer my product for sale in the USA.  The Plaintiff represents the USA but requesting my world wide sale be stopped. My product is currently only available in Jamaica. I removed my product from the USA market when the case started and sales on my website has been $0 since May 2022 until this day. April 20, 2023.

.

No. 22-CV-1159 April 20, 2023

Exhibit 28-3 Show video reviews
Videos received from Dec 2020 to December 2021 was posted on YouTube before the beginning of this case they are not new videos.

Exhibit 28-2 my investigational trial.
My Clinical study that was done in India has been on my website since 2021 when the report was received.

Your Honor my website must be kept up to date there's no reason to abandoned my website, my donation button was to try get help with my retainer. The Anniversary was updated March 20 because it's now 3 years since my product was developed.

Your ,Honor I reserved the right to defend myself if the Plaintiff object to additional time.

Your Honor I am not a liar and I am not lying to the court.

Respectfully submitted,

*[signature]*

Andrew Sinclair, B4B Earth Tea LLC, B4B Corp
Defendant