No. 22-CV-1159

Andrew Sinclair  9703 Sutphin Blvd #350008 Tele: 718-635-2135 email: Asinclairhg@gmail.com

April 20, 2023

My Email to Previous attorney Matthew Asbell questioning my representation, after this email Mr Matthew Asbell decided to depart.



**FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Apr 22, 2023, 2:31 AM
Pro Se Office via Box.com**

No. 22-CV-1159 April 20, 2023

Email proof of the sudden increase by recently scheduled attorney.

