No. 22-CV-1159
Andrew Sinclair  9703 Sutphin Blvd #350008 Tele: 718-635-2135 email: Asinclairhg@gmail.com

July 16, 2023

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
**Jul 16, 2023, 1:05 PM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

Re: United States v. B4B Earth Tea LLC, et al. No. 22-CV-1159


Dear Judge Levy:

I Andrew Sinclair, (B4B Earth Tea LLC, B4B Corp) the Defendant submit this status report letter

Your Honor, I Andrew Sinclair was mot able to pay the requested retainer to the law firm, therefore I do not have an attorney to represent me or my companies. I accept your previous order to default the companies and move forward with myself pro se.


Respectfully submitted,

Andrew Sinclair, B4B Earth Tea LLC, B4B Corp
Defendant