

**U.S. Department of Justice**
Consumer Protection Branch

**Overnight Delivery Address**
450 Fifth Street, NW, Sixth Floor South
Washington, D.C.  20001

**Mailing Address**
P.O. Box 386
Washington, D.C.  20044

November 27, 2023

By ECF

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. B4B Earth Tea LLC, et al.* No. 22-CV-1159

Dear Judge Levy:

      In advance of tomorrow's status conference in the above-captioned case, the United States submits the attached correspondence relating to deficiencies in the defendants' discovery responses, including updated discovery responses that the defendants provided earlier today, and the United States' email responding to them. While the email attaching the United States' November 22, 2023 letter also provided the defendants with the legal authorities cited in the letter, the United States does not enclose those legal authorities herewith. In addition to ECF filing, the United States will provide the defendants with a copy of this letter and its attachments by email.

      Respectfully submitted,

      /s/_____
      James T. Nelson
      Senior Trial Attorney
      U.S. Department of Justice
      Consumer Protection Branch
      202-616-2376

Attachments