## Nelson, James

| | |
|---|---|
| **From:** | A SINCLAIR <asinclairhg@gmail.com> |
| **Sent:** | Wednesday, November 22, 2023 4:38 PM |
| **To:** | Nelson, James |
| **Subject:** | [EXTERNAL] Re: 20231122 Ltr to Sinclair.pdf |
| **Categories:** | Copied to AMMS, "B4B Earth Tea; Sinclair, Antho" |

Mr Nelson,

I will respond with revised specifics as requested.  My objection is firm and will filed with my motion to compel. I need to see proof why you're accusing me. Your accusations must have one of 2 or both.  Or did you just pull your accusations out of the air

1. Consumer who reported fraud,  scam or deception

2. Research, trial or study that was done to prove False or misleading accusations.

The natural supplement law clearly states,  the burden of proof is on the United States.  Before any information is given I would like to know why did you file the lawsuit against me? Who reported me? How did you come to the conclusion that I am a fraud?

As stated before, I will object to any additional time to try and find evidence,  it's been almost 2 years since this case started and you should have evidence ready to go. At least evidence that backs up your accusations at least (One accusation)

The Plaintiff is ignoring the Natural supplement law. In the USA there's a natural supplement law and my product is a Natural supplement where the burden of proof is on the Plaintiff to show why you brought this case against me.

I know you are trying to say my product is a drug but there's no where in the natural Supplement Law does it say. " if a product cures,  treat or prevent it's a drug"

I will supplement the responseswith specific explanations but a firm response to your request is I need to see your evidence of how you came to the conclusion False and Misleading.


Andrew Sinclair

On Wed, Nov 22, 2023, 3:07 PM Nelson, James <James.Nelson2@usdoj.gov> wrote:

> Mr. Sinclair,
>
>
> Please find the attached letter concerning deficiencies in defendants' responses to the United States' discovery requests.

As an accommodation, we have also provided copies of the legal authorities cited in the letter.

Sincerely,

Jim Nelson

Senior Trial Attorney

U.S. Department of Justice

Consumer Protection Branch