```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,                              AFFIDAVIT
                                                       LOCAL RULE 7.2

                    Plaintiff,
                                                       Civil Action No.
        v.                                             22-CV-1159

B4B EARTH TEA LLC, B4B CORP.,                          (Vitaliano, J.)
and ANDREW MARTIN SINCLAIR,                            (Levy, M.J.)

                    Defendants.
------------------------------------------------x
```

## AFFIDAVIT CONCERNING LOCAL RULE 7.2

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I am an Assistant U.S. Attorney for the United States Attorney's Office for the Eastern District of New York and am counsel for the United States in this matter.

2. I submit this Affidavit pursuant to Individual Motion Practice and Rules of Judge Eric N. Vitaliano III.H. (Cases Involving *Pro Se* Litigants) and pursuant to Local Civil Rule 7.2 (Authorities to be Provided to Pro Se Litigants).

3. On December 11, 2023, the United States will file a response on ECF to the Defendants' motion to compel. Prior to that filing, I provided to Defendant Andrew Martin Sinclair, via email, copies of cases and other authorities cited by the United States in its response. The material was contained in a Zip file attached to an email I sent to Mr. Sinclair, at asinclairhg@gmail.com, on December 11, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2023          _____
                                        Michael S. Blume