# Nelson, James

| | |
|---|---|
| **From:** | A SINCLAIR <asinclairhg@gmail.com> |
| **Sent:** | Tuesday, November 28, 2023 5:59 PM |
| **To:** | Nelson, James; Dietert, Zachary A.; Blume, Michael (USANYE) |
| **Subject:** | [EXTERNAL] letter to Plaintiff.. |
| **Attachments:** | Untitled document.pdf |

Mr Nelson

Attached is a letter specifically about the request for my Trade Secret...

Thank you...

Andrew Sinclair  
B4B Earth Tea LLC  
9703 Sutphin Blvd  
Jamaica NY 11435  
Asinclairhg@gmail.com

UNITED STATE OF AMERICA  
§  
v. Case No. 22-CV-1159  
Date: Nov 17, 2023  
§  
ANDREW SINCLAIR / B4B EARTH TEA LLC / B4B CORP

Letter to Plaintiff about Document request

Dear Plaintiff,

My Trade secret is my life and to share my trade secret will end my business and give access to my idea that I have worked more than 3 years to protect and perfected.  You requested my ingredients documents in your documents request and I would like to know why?

What is the specific reason you are requesting my ingredients documents?

I would also like to know specifically who will have access to this information?

Companies who will review this information and why?

Experts who will review this information and why?

"Trade secrets are also fundamentally different from other forms of property in that the owner of a trade secret must take reasonable measures under the circumstances to keep the information confidential. 18 U.S.C. § 1839(3)(A)."

Trade secrets owners have to right to protect their trade secrets.

If the following information cannot be supplied I would have to object to this request.

Please respond to my questions to delay supplying the request information.  My trade secret is a trade secret known to absolutely no one.

Respectfully

/s/ Andrew Sinclair
Andrew Sinclair
November 28, 2023