**Received Pro Se Office on Dec.18th.2023 @4:00pm**

Andrew Sinclair
9703 Sutphin Blvd
unit 350008
Jamaica NY, 11435
asinclairhg@gmail.com

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. B4B Earth Tea LLC, et al. No. 22-CV-1159

Dear Judge Levy:

I specifically explain that my trade secret is not known to anyone but myself. I also explained that my trade secret does not require any special equipments or tools to be manufactured. The product in question is Earth Tea Extra Strength this product is manufactured from ingredients sold at grocery stores nationwide.

Currently there's no other product in the health industry that offers the benefits that Earth Tea Extra Strength offers. Immune support products on the market do not offer the same benefits as Earth Tea Extra Strength.  The plaintiff cannot guarantee any protection or specifically state who will review my Trade Secret.  The plaintiff the FDA is associated with industry companies who are considered competition. In addition the FDA sponsors programs with the goal to produce "Successful plant based products" which also makes the FDA who is the plaintiff a competition to me Andrew Sinclair the Defendant.

All FDA experts or professionals are connected to the industry and I do not believe revealing my trade secret with the FDA will be fully protected. I recommended In Camera review by the Judge only and the

Plaintiff disagree. The plaintiff claimed that the sole reason to review the trade secret information is to ensure that the ingredients is 100% plants as stated on the product, the plaintiff has the tools and capabilities to detect synthetic or illegal substances in liquid thus they could achieve that through testing.

The plaintiff tries to overlook all laws when it comes to my case. The Plaintiff ignoring the trade secret law and all protection it offers the Owner, The Trade secret law states that owners must protect their trade secret and refuse to share if necessary on a case by case basis.  Trade secret ends whether the secret was acquired legally or illegally therefore I reserve the right to protect my trade secret from been exposed by error or purposely by the plaintiff who relies on companies in the industry to help with decision makings.

Earth Tea Extra Strength ingredients once known can be easily duplicated even without knowing the formula; the combination of the ingredients is enough to produce Earth Tea Extra Strength.  With this information public my company will be ruined, the plaintiff's goal is to ruin my company.  The plaintiff does not need this information to verify if the product contains anything man made.

Therefore to protect my trade secret which is valuable, unknown to the public and unknown to the health industry. I object to the reveling my trade secret to plaintiff in any way and request in camera review by the judge only.

                                                                         Respectfully submitted,

                                                                         ____/s/ Andrew Sinclair_____
                                                                         ANDREW SINCLAIR

Date: December 18, 2023                                         Defendant