UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Received Pro Se Office via Box.com
May 1st 2024
6:36pm

UNITED STATE OF AMERICA
    Plaintiff

§

v.

Case No. 22-CV-1159
(Vitaliano, J.)(Levy, M.J.)

§

ANDREW SINCLAIR / B4B EARTH TEA LLC / B4B CORP
    Defendant

May 1, 2024

## REPLY TO PLAINTIFF MEMORANDUM SUBMITTED 4/26/2024

### PRELIMINARY STATEMENT

Defendant respectfully submits this reply memorandum in response to plaintiff's recent response submitted on 4/26/2024.

Defendant would like to alert Honorable Judge Vitaliano and Judge Levy that plaintiff lied in their recent response.

"Around January of 2021 the Plaintiff an FDA Employee observed a campaign related to B4B Earth Tea on website Indiegogo and informed Indiegogo that B4B Earth Tea was an unapproved new drug".

Shortly thereafter the campaign was removed and Defendant account was blocked.

Indiegogo is an fund raising platform.

The plaintiff denied this and accused Defendant of making scattershot statements. The plaintiff had requested multiple platforms to ban Defendant accounts and all followed. Facebook, Twitter, Reddit, TikTok, Cashapp all abruptly banned Defendant account due to Plaintiff's request.

The plaintiff continue to deny wrongdoings but the above request to Indiegogo is one instance where the plaintiff knowingly makes false statement to the court.

Regarding plaintiff statement about screenshots provided in filename EXHIBIT-CLAIMS, all screenshots are from plaintiff's website www.fda.gov. Screenshots were captured between April 2020 and Jan 2022.

Dated: May 1, 2024                                                      Respectfully submitted,

**FOR ANDREW MARTIN SINCLAIR / B4B EARTH TEA LLC**

ANDREW SINCLAIR

/s/ Andrew Sinclair
Andrew Sinclair
9703 Sutphin Blvd Unit 350008, Jamaica New York 11435 Telephone: (718) 635-2135
Email: ASinclairhg@gmail.com