# Nelson, James

| | |
|---|---|
| **From:** | A SINCLAIR <asinclairhg@gmail.com> |
| **Sent:** | Wednesday, July 24, 2024 12:09 PM |
| **To:** | Nelson, James |
| **Cc:** | Blume, Michael (USANYE); Dietert, Zachary A. |
| **Subject:** | Re: [EXTERNAL] Re: B4B: Sinclair Affidavit (template) |

Plaintiff I am Just actually seeing these responses strangely.

Still awaiting information because again everything was wiped out. I will send info to the court about this.

Please note I am preparing 2 judicial motions in the coming months.

Andrew Sinclair

> On Jul 11, 2024, at 11:42 AM, Nelson, James <James.Nelson2@usdoj.gov> wrote:
>
> Mr. Sinclair,
>
> As Mr. Dietert noted in his email below, you were required to either produce the Affidavit by June 26, 2024, or file a motion for an extension. You violated the Court's order by doing neither. Even if you had moved for an extension and the Court had granted it, the deadline would have been July 6th.
>
> The Affidavit the Court ordered you to provide is long overdue. We request that you produce it immediately.
>
> Regards,
>
> Jim Nelson
> Senior Trial Attorney
> U.S. Department of Justice
> Consumer Protection Branch
>
> ---
>
> **From:** Dietert, Zachary A. <Zachary.A.Dietert@usdoj.gov>
> **Sent:** Monday, June 24, 2024 12:12 PM
> **To:** A SINCLAIR <asinclairhg@gmail.com>; Nelson, James <James.Nelson2@usdoj.gov>
> **Cc:** Blume, Michael (USANYE) <MBlume@usa.doj.gov>
> **Subject:** RE: [EXTERNAL] Re: B4B: Sinclair Affidavit (template)
>
> Mr. Sinclair,

The Court has ordered you to provide the affidavit by June 26. If you need additional time, you may submit a request to the Court and may state that the United States does not oppose your request for a 12-day extension to this deadline.

Thank you,

**Zachary A. Dietert**
Assistant Director
Consumer Protection Branch
U.S. Department of Justice
(202) 616-9027
Zachary.A.Dietert@usdoj.gov

---

**From:** A SINCLAIR <asinclairhg@gmail.com>
**Sent:** Monday, June 24, 2024 8:38 AM
**To:** Nelson, James <James.Nelson2@usdoj.gov>
**Cc:** Blume, Michael (USANYE) <MBlume@usa.doj.gov>; Dietert, Zachary A. <Zachary.A.Dietert@usdoj.gov>
**Subject:** [EXTERNAL] Re: B4B: Sinclair Affidavit (template)

Plaintiff,

I will need additional 12 days to submit this response at the time of the conference I had forgotten that my computer data was wiped out so this requires more time to collect information.

If necessary I will write a letter to the court.

Respectfully
Andrew Sinclair.

> On Jun 13, 2024, at 8:31 PM, Nelson, James <James.Nelson2@usdoj.gov> wrote:
>
> Mr. Sinclair,
>
> Per the Court's instructions, attached is a template that lays out the format and the categories of information that the Court ordered you to provide by June 26, 2024.
>
> If you have any questions about the attached document or what you are required to provide, feel free contact us by email.
>
> Regards,
>
> Jim Nelson
> Senior Trial Attorney
> U.S. Department of Justice
> Consumer Protection Branch
> <Sinclair Affidavit (template).docx>