## AFFIDAVIT OF SERVICE

James T. Nelson, being duly sworn, pursuant to 28 U.S.C. § 1746, does hereby declare under penalty of perjury that the following is true and correct:

I hereby certify that, on August 13, 2024, as directed by the Court, I served via email the attached August 8, 2024 Minute Entry Order upon Defendant Sinclair in this case, and that the United States also sent to Defendant Sinclair via FEDEX a hardcopy of the attached Minute Entry Order. The attached Minute Entry Order itself also indicates that it was emailed to Defendant Sinclair on August 8, 2024.

| | |
|---|---|
| Executed on: August 13, 2024<br>Washington, DC | /s/ James T. Nelson<br>James T. Nelson<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 Fifth Street, N.W., Suite 6400-South<br>Washington, DC 20001<br>T: 202-616-2376<br>F: 202-514-8742<br>james.nelson2@usdoj.gov |