# Nelson, James

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, August 08, 2024 5:44 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-01159-ENV-RML United States of America v. B4B Earth Tea LLC et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/8/2024 at 5:43 PM EDT and filed on 8/8/2024
**Case Name:** United States of America v. B4B Earth Tea LLC et al
**Case Number:** [1:22-cv-01159-ENV-RML](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER RE [50]: At a conference held on 6/12/24, the United States advised the Court that Defendant Sinclair (Defendant) refused to answer certain questions at his deposition. In response, the Court ordered that: On or before 6/26/24, Mr. Sinclair shall serve an affidavit, sworn to before a notary, setting forth for the period from 1/1/19 to the present each job he held, the dates of employment (self or for others) and the income he earned at each job each year. Defendant has neither provided the ordered affidavit nor requested an extension. Defendant is hereby ORDERED to provide plaintiffs counsel the requested affidavit no later than 8/23/24. Failure to comply with this Order will result in sanctions. Plaintiff shall serve a copy of this Order on defendant forthwith and shall file proof of service immediately thereafter. Ordered by Magistrate Judge Robert M. Levy on 8/8/2024. (JM)**

**1:22-cv-01159-ENV-RML Notice has been electronically mailed to:**

James T. Nelson     james.nelson2@usdoj.gov, ocl.files@usdoj.gov

Michael S. Blume     michael.blume@usdoj.gov, CaseView.ECF@usdoj.gov

Zachary Alan Dietert     zachary.a.dietert@usdoj.gov

Andrew Martin Sinclair     asinclairhg@gmail.com

**1:22-cv-01159-ENV-RML Notice will not be electronically mailed to:**

B4B Corp.

B4B Earth Tea LLC