UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>B4B EARTH TEA LLC, a limited liability company;<br><br>B4B CORP., a corporation; and<br><br>ANDREW MARTIN SINCLAIR, individually and as an officer of B4B EARTH TEA LLC and B4B CORP.,<br><br>    Defendants. | UNITED STATES' REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANTS B4B EARTH TEA LLC AND B4B CORP.<br><br>Civil Action No.: 22-CV-1159 |

TO:    BRENNA B. MAHONEY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of the defendants B4B EARTH TEA LLC and B4B CORP. pursuant Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Michael S. Blume.

Plaintiff sent each Defendant in this case, including B4B Earth Tea LLC and B4B Corp., a request for waiver of service of the Summons and Complaint in this action on or about March 8, 2022, and each Defendant, including B4B Earth Tea LLC and B4B Corp., waived service of the Summons and Complaint on March 18, 2022. *See* Docket Entry No. 5.

1

Under Federal Rule of Civil Procedure 4(d)(3), each Defendant would have been required to file an answer to the Complaint or a motion under Federal Rule of Civil Procedure 12 within 60 days of receiving the request for waiver of service, but the Court extended that deadline to June 7, 2022, for all Defendants, in response to an extension request submitted *pro se* by individual Defendant Andrew Martin Sinclair. *See* April 7, 2022 Minute Order of Magistrate Judge R. Levy. That deadline passed more than two years ago, but as of the date of this filing, Defendant B4B Earth Tea LLC and B4B Corp. have not filed an answer or response to the Complaint.

On June 1, 2022, Defendant Sinclair filed two motions to dismiss on his own behalf, but those motions were not filed on behalf of B4B Earth Tea LLC or B4B Corp. Dkt. 12, 13; *see also* Dkt. 36 (Mem. & Op. Denying Motions to Dismiss) at 3, 5, 7, 8 ("Sinclair contemporaneously filed two motions directed at the complaint which, as previously indicated, the Court construes as a unitary Rule 12(b)(6) motion to dismiss . . . . Sinclair's argument . . . . in his motion . . . . Sinclair's motion . . . . defendant's motion to dismiss is denied."). On December 7, 2023, the Court denied Defendant Sinclair's motion to dismiss. Dkt. 36. Even if Defendant Sinclair had filed the motions to dismiss on behalf of B4B Earth Tea LLC and B4B Corp., these corporate defendants would have been required to file an answer to the complaint within 14 days of the Court's denial of the motion to dismiss – by December 21, 2023. *See* Fed. R. Civ. P. 12(a)(4)(A). As previously noted, B4B Earth Tea LLC and B4B Corp. have never filed an answer.

Defendants B4B Earth Tea LLC and B4B Corp. also have not been represented by counsel in this action since their former attorneys withdrew from the case in December 2022. *See* December 20, 2022 Order of Magistrate Judge R. Levy granting Motion to Withdraw. In the course of granting the motion to withdraw, the Court advised that "a corporation or LLC may not represent itself in federal court but must be represented by counsel." *Id.* The Court has subsequently

informed Defendant Sinclair on multiple occasions that B4B Earth Tea LLC and B4B Corp. will be in default if they are not represented by counsel. *See* June 18, 2023 Order of Magistrate Judge R. Levy (Defendant Sinclair "is reminded that a corporation (including an LLC) cannot represent itself and B4B Earth Tea LLC and B4B Corporation will be in default if they are not represented by an attorney."); November 28, 2023 Minute Entry for Proceedings Held Before Magistrate Judge R. Levy ("Mr. Sinclair was reminded that the corporation will be found to have defaulted if not represented by an attorney.").

On July 16, 2023, Defendant Sinclair informed the Court via letter: "I accept your previous order to default the companies and move forward with myself pro se." Dkt. 33 (July 16, 2023 Ltr. from Defendant Sinclair to Magistrate Judge Levy); *see also* Dkt. 36 (Mem. & Ord. Denying Mot. Dismiss) at 2n.1 (noting the aforementioned events).

Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), the United States respectfully requests the Clerk of the Court enter default against Defendants B4B Earth Tea LLC and B4B Corp. for failure to plead or otherwise defend against the Complaint, and for failure to be represented by counsel in this action. The above-stated facts are set forth in the accompanying declaration.

Dated: September 11, 2024          Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

BREON PEACE
United States Attorney

/s/
MICHAEL S. BLUME
Assistant United States Attorney
United States Attorney's Office
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

BRIAN M. BOYNTON
Acting Assistant Attorney General

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director
Consumer Protection Branch

Telephone: (718) 254-6479
Email: Michael.Blume@usdoj.gov

ZACHARY A. DIETERT
Assistant Director
Consumer Protection Branch

/s/
JAMES T. NELSON
Senior Trial Attorney

Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-S
Washington, DC 20001
Telephone (Nelson): (202) 616-2376

Facsimile: (202) 514-8742
Email: James.Nelson2@usdoj.gov