UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>B4B EARTH TEA LLC, a limited liability company;<br><br>B4B CORP., a corporation; and<br><br>ANDREW MARTIN SINCLAIR, individually and as an officer of B4B EARTH TEA LLC and B4B CORP.,<br><br>    Defendants. | AFFIRMATION OF SERVICE<br><br>Civil Action No.: 22-CV-1159 |

-------------------------------------------------------------X

    I, James T. Nelson, declare under penalty of perjury that I have caused the service of copies of the attached Request for Certificate of Default, Affirmation in Support of Request for Certificate of Default, and Proposed Certificate of Default upon Defendants B4B Earth Tea LLC and B4B Corp. by mailing them to B4B Earth Tea LLC, whose address is 40 Remsen Avenue, Brooklyn, NY 11212, and to B4B Corp. whose address is also 40 Remsen Avenue, Brooklyn, NY 11212.

Dated: September 13, 2024

                                                *James T. Nelson*
                                                JAMES T. NELSON
                                                Senior Trial Attorney
                                                U.S. Department of Justice
                                                Consumer Protection Branch
                                                450 Fifth Street, N.W., Ste. 6400-South

Washington, DC 20001
Telephone: 202-616-2376
Email: james.nelson2@usdoj.gov

Attorney for Plaintiff United States of America