# Andrew Sinclair / B4B Earth Tea LLC

9703 Sutphin Blvd Unit 350008, Jamaica NY 11435
Tell: 718-635-2135
email: asinclairhg@gmail.com

September 14, 2024

**FILED
Sep 14, 2024, 1:27 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**

Honorable Robert M. Levy

United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. B4B Earth Tea LLC, et al. No. 22-CV-1159

Dear Judge Levy:

I write this letter to the court regarding the recent request by the Plaintiff requesting a COD against B4B Earth Tea LLC and B4B Corp

I would like to ask that the COD be delayed until the verdict is reached and be included in the final verdict. The reason for this request is to prevent overreaching by the plaintiffs who in the past have used their power to try and stifle my funding campaign or my efforts to raise awareness and support for my case.

Granting a COD while the case is active may disrupt my chances to gain support and raise funding to help me defend myself against the plaintiff.

The plaintiff may use this COD to further ask platforms to block me personally since all my content online are labeled B4B Earth Tea which is my brand. Granting a COD before the verdict is delivered will affect my ability to continue defending myself because unfortunately I need outside support to defend myself against the plaintiff.

Granting a COD now may also affect my appeal against the plaintiff requested actions that are incorrect. For example the plaintiff's association with B4B Earth Tea and B4B Earth Tea LLC / B4B Corp is incorrect. B4B Earth Tea is a brand owned by Andrew Sinclair while B4B Earth Tea LLC is an authorized wholesaler / retailer, B4B Corp is just the sponsor of the clinical trial.

Honorable Judge Levy, I request that you postpone the COD until the case verdict is being presented.

Respectfully submitted

/s/   Andrew Sinclair

Andrew Sinclair