UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SINCLAIR / B4B EARTH TEA LLC / B4B CORP,<br><br>    Defendants. | Case No.: 22-CV-1159 |

## MOTION TO RECONSIDER EXPERT REPORTS BY DR. JAMES P. MCCORMACK AND DR. MARITON DANIEL DOS SANTOS REGARDING THE EFFICACY OF B4B EARTH TEA

Honorable judge Levy, defendant Andrew Sinclair, acting individually as pro se, respectfully moves this Court to reconsider the expert reports submitted by **Dr. James P. McCormack** and **Dr. Mariton Daniel Dos Santos**. These reports claim that B4B Earth Tea is ineffective, based on observations from **social media posts** and **customer reviews** rather than scientific testing. The reports lack the necessary scientific foundation to meet the standards required for expert testimony.

In order to **avoid wrongful conviction**, the Defendant requests that the Court require the Plaintiff to provide proper **scientific evidence**, such as an **ELISA test** or other laboratory-based testing, to substantiate their claims. Without empirical testing, the reliance on these opinion-based reports may result in a **wrongful conviction** based on unverified and speculative information.

### I.    EXPERT REPORTS

The Plaintiff submitted two expert reports on **July 30, 2024**, authored by **Dr. James P. McCormack** and **Dr. Mariton Daniel Dos Santos**, both of which challenge the efficacy of **B4B Earth Tea**. These reports claim that the product is ineffective, particularly in supplementing the immune system to get over **COVID-19**, the issue in question, but they

suffer from significant shortcomings as they rely on **speculative observations** rather than **scientific evidence**.

1. <u>**Dr. James P. McCormack's Expert Report**</u>:

    Dr. McCormack asserts that B4B Earth Tea has not been scientifically proven effective. However, his conclusions are based solely on **social media posts** and **customer reviews**, with no laboratory tests, clinical trials, or peer-reviewed studies to support them. His report lacks **empirical evidence** and is founded on **subjective interpretations** of promotional materials, without any direct evaluation of the actual product in question.

2. <u>**Dr. Mariton Daniel Dos Santos's Expert Report**</u>

    Similarly, Dr. Dos Santos's report aligns with Dr. McCormack's conclusions, also relying on **second-hand information** from social media and customer feedback. He, too, failed to conduct or review any **scientific tests** or **clinical trials**. Dr. Dos Santos's analysis is purely speculative, offering no rigorous testing or objective research to support his claims about B4B Earth Tea's efficacy.

II. <u>**LEGAL ARGUMENTS**</u>

1. <u>**Lack of Scientific Evidence to Support the Expert Reports**</u>:

    The Under **Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993)**, expert testimony must be based on **reliable scientific methodology**. Neither of the expert reports by **Dr. James P. McCormack** or **Dr. Mariton Daniel Dos Santos** satisfies this standard, as they lack laboratory testing, clinical trials, or scientific validation.

    Both experts reached their conclusions based solely on:

    - **Social media posts**
    - **Customer reviews**
    - **Anecdotal evidence**

    Without conducting rigorous scientific testing, such as an **ELISA test**, or any other empirical validation, relying on these expert reports risks **wrongfully convicting the Defendant**. This Court should not base its judgment on speculative or opinion-based reports that have no grounding in scientific fact.

2. <u>**Request for Scientific Testing: ELISA or Equivalent**</u>:

To avoid **wrongful conviction**, the Defendant requests that the Plaintiff be required to conduct proper **scientific testing**, such as an **ELISA test** (Enzyme-Linked Immunosorbent Assay).

An **ELISA test**, as outlined by **Abcam's ELISA Guide** laboratory technique used to detect the presence of antibodies, antigens, proteins, or glycoproteins in biological samples. ELISA is widely used in **medical diagnostics** and **immunology** to determine immune responses and monitor infections. In this case, an ELISA test which is the gold standard for laboratory would provide **objective and empirical evidence** to detect whether B4B Earth Tea has any effects on the body's immune response or interaction with viral elements, such as **COVID-19**.

The Defendant submits that using an **ELISA test** would allow the Plaintiff to provide **quantitative and verifiable results** to support their claims, offering a **scientifically reliable** method to evaluate the product's efficacy. Without such scientific validation, any conclusions drawn from social media posts and customer reviews are insufficient to form the basis of legal judgments.

3. **Opinion-Based Reports vs. Scientific Reports:**

   In The expert reports submitted by the Plaintiff are based entirely on opinions formed from **observational data** (such as reading social media posts and watching customer review videos). This does not meet the standard for **scientific reliability**. Reports based on such **non-scientific** sources should not be accepted as evidence to support legal conclusions regarding the product's efficacy.

   The Defendant argues that these reports should be **rejected**, and only reports grounded in proper **scientific methodology**—including lab results and controlled testing—should be considered.

4. **Precedents and Case Law:**

   The In **General Electric Co. v. Joiner, 522 U.S. 136 (1997)**, the Supreme Court held that courts must ensure expert testimony is **reliable and relevant** by applying a **gatekeeping function**. Courts should not allow reports based on speculation or subjective opinions, particularly when they lack scientific backing. Similarly, in **Kumho Tire Co. v. Carmichael, 526 U.S. 137 (1999)**, the Court extended these principles to all expert testimony, including cases based on **technical or specialized knowledge**.

   In this case, the reports by **Dr. McCormack** and **Dr. Dos Santos** do not provide the necessary **scientific foundation** to be considered reliable. Thus, this Court should reject the conclusions of these reports, as they do not adhere to the required standards of scientific evidence.

### III. CONCLUSION

For the reasons set forth above, the Defendant respectfully requests that this Honorable Court:

1. **Reconsider and dismiss the expert reports** submitted by **Dr. James P. McCormack** and **Dr. Mariton Daniel Dos Santos,** as these reports lack scientific evidence and are based on opinion rather than verifiable data.

2. **Order the Plaintiff to provide scientific evidence**, such as an **ELISA test** or other laboratory-based tests, to substantiate their claims regarding the inefficacy of B4B Earth Tea.;

3. Emphasize that relying on **speculative, opinion-based reports** without scientific evidence risks a **wrongful conviction** of the Defendant, who is entitled to have their product evaluated through reliable and empirical method.

4. **Grant any further relief** as this Court deems just and proper.

### VERIFICATION

I, **Andrew Sinclair**, affirm under penalty of perjury under the laws of the United States that the facts set forth in this **Motion** are true and correct to the best of my knowledge, information, and belief.

**Respectfully submitted,**

**/s/ Andrew Sinclair**

Andrew Sinxlair

9703 Sutphin Blvd, Unit 350008
Jamaica, NY 11435
718-635-2135

**Date**: September 17, 2024