UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,
              PLAINTIFF,


    -against-                Case No.:
                            22-CV-1159


B4B Earth Tea LLC, a limited liability
Company; B4B Corp., a corporation; and
ANDREW MARTIN SINCLAIR, individually
And as an officer of B4B Earth Tea LLC and
B4B Corp.

                        DEFENDANTS.
----------------------------------------X



                DATE: May 30, 2024

                TIME: 9:32 A.M.



            DEPOSITION of the Defendant,

ANDREW SINCLAIR, taken by the Plaintiff,

pursuant to the Federal Rules of Civil

Procedure, held at the United States

District Court, Eastern District of New

York, 225 Cadman Plaza East, Brooklyn

11201, before Soraye McMillan, a Notary

Public of the State of New York.

1

2    A P P E A R A N C E S:

3

4    CONSUMER PROTECTION BRANCH
     U.S. DEPARTMENT OF JUSTICE
5      Attorneys for the Plaintiff
       450 5th Street, NW, Suite 6400-S
6      Washington, DC 20001
       BY: JAMES T. NELSON, ESQ.
7

8
     PRO SE
9      9703 Suptin Boulevard, unit 350008
       Jamacia, New York 11435.
10     BY: ANDREW SINCLAIR

11

12
     ALSO PRESENT:
13
     MICHAEL S. BLUME - Attorney
14   ASSISTANT UNITED STATES ATTORNEY

15
     ALSO PRESENT VIA PHONE:
16

17   ZACHARY A. DIETERT - Assistant Director
     Consumer Protection Branch
18   U.S. Department of Justice

19   ROBERT VAN SOMEREN GREVE  -
     Consumer Protection Branch
20   U.S. Department of Justice

21   DAVID CROCKETT - Trial Attorney
     Consumer Protection Branch
22   U.S. Department of Justice

23   MICHAEL SHANE - Attorney
                FOOD AND DRUG ADMINISTRATION
24

25

Andrew Sinclair 5/30/2024

Page 3

1

2     F E D E R A L   S T I P U L A T I O N S

3

4

5     IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20    IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24

25

Andrew Sinclair 5/30/2024

Page 4

```
 1                    A. SINCLAIR
 2    A N D R E W   S I N C L A I R, called as a
 3    witness, having been first duly sworn by a
 4    Notary Public of the State of New York, was
 5    examined and testified as follows:
 6    EXAMINATION BY
 7    MR. NELSON:
 8         Q.    Please state your name for the
 9    record.
10         A.    Andrew Sinclair.
11         Q.    What is your address?
12         A.    9703 Sutphin Boulevard,
13    Jamaica, New York 11435.
14              MR. NELSON:  To note for the
15          record, I am Jim Nelson.  I believe,
16          Mr. Sinclair, we met a few minutes
17          ago for the first time; is that
18          right?
19          THE WITNESS:  Yes.
20          MR. NELSON:  This is Michael Blume in
21          the room with me, and on the
22          telephone are Zachary Dietert from
23          the U.S. Department of Justice,
24          Consumer Protection Branch; also
25          David Crockett from the Consumer
```

Andrew Sinclair 5/30/2024

Page 76

                              A. SINCLAIR

1

2        A.    Okay.

3        Q.    I've printed out some of your

4    posts, and I'm going to play parts some of

5    your video posts so you can see them,

6    documents --

7              (Simultaneous talking.)

8        A.    Okay.

9        Q.    -- you can look at them when I

10   can ask you questions about it.  All right?

11       A.    Okay.

12             MR. NELSON:  Mark this as

13        Exhibit 2.

14       Q.    I'm handing you what has been

15   marked as Exhibit 2.

16             Now, this is a post that you

17   made on Twitter on August 4th, 2020,

18   correct?

19       A.    2020, okay.

20       Q.    August 4th -- so you made that

21   post?

22       A.    It shows there.

23       Q.    Okay.

24             It's just a background

25   question.  I'm just confirming.

Andrew Sinclair 5/30/2024

Page 77

```
 1                    A. SINCLAIR

 2        A.    Yeah, that's me.

 3        Q.    Okay.

 4              In that post you said, "Earth

 5   Tea, proven natural treatment for COVID-19

 6   by B4B Corp.  Works in minutes.  Get you

 7   feeling normal within 24 hours."

 8        A.    Okay.

 9        Q.    Right, you said that in this

10   post?

11        A.    Yes.

12        Q.    And then below that you also

13   said, "Earth Tea proven treatment for

14   COVID-19.  Works within minutes.  Get out

15   of quarantine within 24 hours guaranteed."

16              Correct?

17        A.    Yeah.

18        Q.    You made both of those

19   statements?

20        A.    Yes.

21        Q.    And this was even before the

22   clinical trial in India happen, right?

23        A.    Yes.  But, again, what is Earth

24   Tea?

25        Q.    I'm not here to answer
```

Andrew Sinclair 5/30/2024

Page 96

1                    A. SINCLAIR

2    so far Earth Tea extra strength is a

3    hundred percent.  We have helped people who

4    are vaccinated.  No one who is positive and

5    used Earth Tea went to the hospital."

6            Correct?

7        A.    Yes.  That's me comparing

8    information, public information, yes.

9        Q.    In that post, you're saying

10   that Earth Tea is better against COVID-19

11   than the vaccine, right?

12       A.    I -- the post says what it

13   says.  Don't try to put any words in it or

14   in my mouth.  Whatever is posted, that is

15   what I am going to say.  Comparing --

16       Q.    You said the words in this

17   comparing Earth Tea --

18            (Simultaneous talking.)

19       A.    Comparing the public result --

20            (Simultaneous talking.)

21       A.    -- with my result.

22       Q.    And then in the purple

23   background, the white text you said,

24   "COVID-19 positive.  Vax or no vax, grab 2

25   bottles of Earth Tea extra strength and get

Andrew Sinclair 5/30/2024

Page 97

```
 1                    A. SINCLAIR

 2     over it within 48 hours guaranteed."

 3              Correct?

 4        A.    Well, that's what the post

 5     says, yes.

 6              MR. NELSON:  Marking this as

 7         Exhibit Number 9.

 8        Q.    There is a lot here, but I will

 9     direct you to a specific portion.

10              But just in general, this is a

11     collection of posts on Facebook that you

12     made about Earth Tea, right?

13              Go ahead and take a look at it.

14        A.    (Reviewing document.)

15        Q.    This is a collection of posts

16     on Facebook that you made about Earth Tea,

17     correct?

18        A.    (Reviewing document.)

19              I think it's the same you just

20     showed me earlier, but...  It's the same

21     thing as Exhibit 6, 7, 8.  Same thing.

22        Q.    Some of them might be similar,

23     but this is a collection of Facebook posts

24     that you made about Earth Tea, right?

25        A.    (Reviewing document.)
```

Andrew Sinclair 5/30/2024

Page 99

```
 1                     A. SINCLAIR

 2        A.    Yes.  Same as Exhibit 7.

 3        Q.    You made that statement?

 4        A.    Yes.

 5        Q.    You can put that aside.

 6              I'm handing you what's been

 7   marked Exhibit 10.

 8              And that's a Twitter post that

 9   you made about Earth Tea on August 4th,

10   2020, correct?

11        A.    Yes.  Again, this is prior to

12   the warning letter.

13        Q.    And in this post you said,

14   "Earth Tea proven natural treatment for

15   COVID-19 by B4B Corp.  Works in minutes.

16   Get you feeling normal within 24 hours."

17              Correct?

18        A.    Yes.

19        Q.    And the picture that you

20   included in your post --  with your post

21   says, "Get out of quarantine within 24

22   hours guaranteed."

23              Correct?

24        A.    It's same as Exhibit 2.  That's

25   a duplicate question.
```

Andrew Sinclair 5/30/2024

Page 100

1                          A. SINCLAIR

2          Q.    I want to confirm, you made

3     that post?

4          A.    But you're asking me duplicate

5     questions, sir.

6          Q.    Some of these may look very

7     similar --

8                 (Simultaneous talking.)

9          A.    It's the same post.

10         Q.    Handing you what has been

11    marked Exhibit 11.

12                This is two Twitter posts that

13    you made about Earth Tea on September 1st

14    and 2nd of 2020, correct?

15         A.    Yes, prior to the warning

16    letter.

17         Q.    And in the bottom post you

18    said, "We are a hundred percent sure Earth

19    Tea gets rid of COVID-19, coronavirus.  And

20    it does it fast.  One big question now is

21    can it be considered a vaccine?  One result

22    shows that it can protect."

23                Correct?

24         A.    Yes.

25         Q.    Handing you Exhibit 12.  This

Andrew Sinclair 5/30/2024

Page 112

1                       A. SINCLAIR

2       Q.      You can put that aside.

3               Handing you what has been

4    marked Exhibit 20.

5               This is a Twitter post that you

6    made about Earth Tea on January 17th, 2022,

7    correct?

8       A.      Yes.

9       Q.      And in the post you said that,

10   "Proof and natural approach can work but

11   bias is the reason why people are dying.  A

12   pill works the very same way Earth Tea

13   extra strength works, and Earth Tea extra

14   strength is 100% effective against

15   COVID-19.  Earth Tea extra strength

16   prevents death and stops COVID-19."

17              Correct?

18      A.      Yeah, I suppose.

19      Q.      You made that statement?

20      A.      Yes.  For immune support, yes.

21      Q.      Handing you Exhibit 21.

22              And the lower half of the page

23   is the Twitter post that you made about

24   Earth Tea on January 21st, 2022, correct?

25              Starts right there.

Andrew Sinclair 5/30/2024

Page 114

```
 1                    A. SINCLAIR
 2    It's not false or misleading.
 3         Q.    I'm handing you Exhibit 22.
 4         A.    Yes.
 5         Q.    You got a post -- I will put on
 6    the record for you, for you're responding
 7    to a post about Cannabis derived gummies,
 8    right?
 9                I don't need you to read it --
10                THE COURT REPORTER:  Hold on,
11          Counsel, Cannabis what?
12          MR. NELSON:  Cannabis derived
13          gummies.
14                THE WITNESS:  And it says
15          cannabis can prevent COVID.
16         Q.    My question to you is about
17    your post at the bottom half of the page.
18         A.    Sir, don't try to be unfair to
19    me.
20         Q.    I'm allowed to ask you about
21    specific portions of documents.
22         A.    You're not talking about a
23    post.  You're talking about a reply.  You
24    got to say what I replied to.
25         Q.    It really doesn't matter.
```

Andrew Sinclair 5/30/2024

Page 116

```
 1                    A. SINCLAIR

 2      Q.    Handing you Exhibit 23.

 3            At the bottom of this page is a

 4      twitter post you made about Earth Tea,

 5      correct?

 6      A.    Which one?  There's, one, two,

 7      three -- there's four posts here.  Which

 8      one are you talking about?

 9      Q.    The one that starts, "We are

10      the world's first..."

11      A.    "We are the world's official

12      plant based company"?

13      Q.    Yes.  Can you continue on...

14      A.    We -- "...plants are used to

15      improve our health."  That's it.  "We are

16      the world's first official plant based

17      company where plants are used to improve

18      our health."

19      Q.    Sure.

20            And then in the post below,

21      would you read that also, please?

22      A.    Well, someone says -- someone

23      posted and says, "This says something

24      else."  You know that, right?  I don't know

25      what that means.
```

Page 117

1                    A. SINCLAIR

2        Q.    And in the last post you said,

3    "We are the first successful plant based

4    company."

5        A.    Someone posted and said, "Dude,

6    dude claim his tea is the first plant based

7    tea."  That's what the post said.

8        Q.    So you were responding to that.

9              And in the bottom post you

10   said, "We are the first successful plant

11   based company.  Find me a plant based

12   product that is guaranteed to help with

13   issues, one that is a hundred percent

14   guaranteed, that's used with a hundred

15   percent success."

16             Correct?

17       A.    Yes, that's mine.  Yeah.

18       Q.    And you made those two posts,

19   and you were talking about Earth Tea when

20   you made those posts?

21       A.    Well, on the post here, someone

22   shared my -- I guess my page.  So that's --

23   the post that says, "We are the world's

24   first plant based company where plants are

25   used to improve our health," someone posted

Andrew Sinclair 5/30/2024

Page 118

1                  A. SINCLAIR

2    that.  That's not me.  When they posted

3    that, they said, "Dude claim his tea is the

4    first plant based tea.  This says something

5    else."

6               You know that, right?

7               Then I responded and said, "We

8    are the first successful plant based

9    company.  Find me a plant based product

10   guaranteed to help with issues, one that is

11   a hundred percent guaranteed with its use"

12   -- "one that is a hundred percent

13   guaranteed, it's used at a hundred percent

14   success."  So that's what I posted.

15       Q.    And you made those posts on --

16       A.    That one post.

17       Q.    -- on March 22nd, 2203,

18   correct?

19       A.    Yeah.  And, again, the only

20   thing that's missing is the disclaimer.

21   That is not illegal.  It's not false, and

22   it's not misleading.

23       Q.    Handing you Exhibit 24.

24               This is a Twitter post that you

25   made about Earth Tea on November 21st,

Andrew Sinclair 5/30/2024

Page 119

1                    A. SINCLAIR

2    2021, correct?

3         A.    Yes.

4         Q.    And in that post you said, "If

5    your plan is to go unvaccinated, here's a

6    must have natural immune booster.  Earth

7    Tea extra strength, it works extremely fast

8    and it's a hundred percent effective

9    against COVID-19."

10              Correct?

11        A.    The article said, "GOP embraced

12   natural immunity as substitute for

13   COVID-19."  My post says, "If your plan is

14   to go unvaccinated, here's a must have

15   natural immune booster.  Earth Tea extra

16   strength, it works extremely fast and it's

17   a hundred percent effective against

18   COVID-19."

19              Yes, that was my post.

20        Q.    And you made that on November

21   21st, 2021, correct?

22        A.    Yes.

23        Q.    Handing you Exhibit 25.

24        A.    Exhibit 25.

25        Q.    This is a Twitter post that you

Andrew Sinclair 5/30/2024

Page 120

                              A. SINCLAIR

1                       A. SINCLAIR

2    made about Earth Tea on December 23rd,

3    2021, correct?

4         A.    Okay, yup.

5         Q.    And in the post you said,

6    "Please help us prevent 900,000 U.S. deaths

7    from #COVID-19.  If you're positive, grab 2

8    bottles.  The moment you get your result or

9    start feeling symptoms, order 2 bottles

10   right away.  EarthTea.US.  Our volunteers

11   all reported success.  You will start

12   feeling better within two hours."

13             Correct?

14        A.    Yes.

15        Q.    I'm handing you Exhibit 26.

16             This is a Twitter post that you

17   made about Earth Tea on December 22nd,

18   2021, correct?

19        A.    "We can form a unified group

20   with the message" --

21             THE COURT REPORTER:  I'm sorry,

22        say it again.

23        A.    "We can form a unified group

24   with the message Earth Tea extra strength

25   works 100 percent and is more effective

Free State Reporting, Inc. 410-974-0947

Andrew Sinclair 5/30/2024

Page 121

```
 1                     A. SINCLAIR
 2    than the vaccine for recovery.  It works
 3    fast 24-48 hours.  2 bottles guaranteed.
 4    100 percent clinical study and volunteers
 5    all recovered 100%.  #unvaxxed.  It should
 6    be an option."
 7         Q.    And you made that Twitter post
 8    on --
 9         A.    Yes, I did.
10         Q.    -- on December 22nd, 2021?
11         A.    Yes.
12         Q.    Handing you Exhibit 27.
13               And this is a Twitter post that
14    you made about Earth Tea on October 1st of
15    2020, correct?
16         A.    Yes, prior to the warning
17    letter.
18         Q.    And in the first post you said,
19    "Earth Tea can make cruise ships safer.  If
20    everyone who boards a cruise ship drinks
21    one bottle of Earth Tea before boarding,
22    that will keep COVID-19 off board.  With
23    Earth Tea on board on ice if it do gets on
24    board, Earth Tea can quickly control it
25    with backup bottles on board."
```

Andrew Sinclair 5/30/2024

Page 123

1                       A. SINCLAIR

2    same question twice.

3          Q.    I'm asking you about this

4    exhibit.  Are you going to refuse to

5    answer?

6          A.    It's the same exhibit, sir.

7          Q.    You posted them on different

8    social media --

9          A.    It's not even legal for you to

10   ask me the same question.

11         Q.    It's either you posted it or

12   not --

13         A.    Don't do that.  You're trying

14   to get two different answers.  Don't do

15   that --

16               (Simultaneous talking.)

17         Q.    No, it's a different exhibit.

18         A.    No, don't ask me no question

19   twice.

20         Q.    So you're going to refuse to

21   answer?

22         A.    I'm going to refuse to answer

23   if you ask me the same question twice.

24         Q.    I'm handing you Exhibit 29.

25               You may have to be deposed

Andrew Sinclair 5/30/2024

Page 124

1                           A. SINCLAIR

2      again over some of these issues that you're

3      refusing to answer.  I just want to make

4      that's clear.

5                   This is a Twitter post that you

6      made about Earth Tea on December 8th, 2022,

7      correct?

8          A.    Yup.

9          Q.    And in your post you said,

10     "Honestly this could have ended the

11     pandemic if the FDA had just listened to me

12     or took me serious.  In April 2020 I told

13     the FDA I have something natural that works

14     a hundred percent."

15                  Correct?

16         A.    Yup.

17         Q.    Handing you Exhibit 30.

18                  On the bottom half of the page,

19     this Twitter post that you made about Earth

20     Tea on January 17th, 2022, correct?

21         A.    Yes.

22         Q.    And in your post you said, "For

23     the last time try Earth Tea extra strength

24     against COVID-19.  It's the only a hundred

25     percent guaranteed natural option that will

Andrew Sinclair 5/30/2024

Page 125

```
 1                    A. SINCLAIR

 2    totally get COVID out of your system and

 3    prevent long-term damage."

 4              Correct?

 5        A.    Yes, that was a reply to

 6    someone's post.

 7        Q.    You made that post?

 8        A.    Yes, I made that post.

 9        Q.    I'm handing you Exhibit 31.

10              This is an Instagram post you

11    made about Earth Tea on October 13th, 2021,

12    correct?

13        A.    Yes.

14        Q.    And in this post you said, "Our

15    clinical trial documents to be published

16    soon.  Stay tuned.  Clinical trial #1

17    completed.  15 patients tired Earth Tea

18    extra strength, 8 ounce cold during the day

19    and then 8 ounce hot before bed and then

20    tested 48 hours after.  15 people who was

21    tested positive tried Earth Tea extra

22    strength 16 ounce bottle.  They took 8

23    ounce cold during the day and then 8 ounce

24    hot before bed.  They were then tested 48

25    hours after and the result is 14 came back
```

Andrew Sinclair 5/30/2024

Page 161

1              A. SINCLAIR

2    at them, and I will ask you some questions

3    about them.

4         A.    Okay.

5              MR. NELSON:  I'm marking this

6          Exhibit 46.

7         Q.    This is a text conversation

8    between you and Paulee J., a potential

9    customer, right?

10        A.    Paulee J., okay.

11        Q.    And he asks about -- page 2, I

12   think you tell him, "You can orderer from

13   our website," that's up at the top, page 2.

14   Then he asked, "Is it good for Omri

15   Corona?"

16              Do you see that?

17              O-M-R-I, space, Corona.

18        A.    What date is this?

19        Q.    We only have the information

20   that you provided, and some of these don't

21   have dates.

22              Right here he says, "Is it good

23   for Omri Corona?"

24              Do you see that?

25        A.    Omri Corona.  (Reviewing

Andrew Sinclair 5/30/2024

Page 162

1                      A. SINCLAIR

2      document.)

3               I don't remember this exact

4      conversation, but if that's my page, then I

5      guess that's me.

6           Q.    Do you have any reason to

7      believe that these documents you produced

8      is not your conversations with folks like

9      Paulee J.?

10          A.    I -- I don't know.  Because

11     when the lawsuit started, for some reason I

12     couldn't access my messaging, and then all

13     of a sudden I got access.  So I don't know

14     what happened in between.  But I don't

15     remember this specific conversation here.

16          Q.    Do you have any reason to

17     believe this conversation didn't happen as

18     you produced it to us?

19          A.    If I give it to you, then --

20     you know, who gave it to you?

21          Q.    You did.

22          A.    Then it's there.

23          Q.    Do you have an understanding

24     what -- what Paulee J. Was asking if it's

25     good for Omri Corona?

Andrew Sinclair 5/30/2024

Page 163

                        A. SINCLAIR

1

2        A.    I guess he was asking if it's

3   good for COVID.

4        Q.    And you told him, "2 bottles

5   guaranteed and" --

6        A.    Get 2 bottles.

7        Q.    -- "and you will be good

8   starting from 2 to 48 hours"?

9        A.    Yes.

10       Q.    Handing you Exhibit 47.

11             And this is a text conversation

12   that you had about Earth Tea with a

13   potential customer whose name is Marty Mar

14   (phonetic).  Do you see that?

15       A.    This is a text.  From where?

16       Q.    Well, you produced this to us

17   in discovery.

18       A.    Oh, I produced this to you?

19   Okay.

20       Q.    So what is your understanding;

21   is this a text, is this an app chat?

22       A.    Okay.  Yes, it's a text.

23       Q.    Okay.

24             And he asks, "Does the stuff

25   cure disease?"

1          A. SINCLAIR

2        C E R T I F I C A T E

3   STATE OF NEW YORK)

4                    :SS

5   COUNTY OF KINGS)

6

7        I, SORAYE MCMILLAN, a Notary Public

8   within and for  the State of New York, do

9   hereby certify:

10       THAT ANDREW SINCLAIR, the witness

11  whose deposition is hereinbefore set forth,

12  was duly sworn by me and that such

13  deposition is a true record of the

14  testimony given by such witness.

15       I further certify that I am not

16  related to any of the parties to this

17  action by blood or marriage; and that I am

18  in no way interested in the outcome of this

19  matter.

20       IN WITNESS WHEREOF, I have hereunto

21  set my hand this 30th of May 2024.

22
                         /s/ Soraye McMillan
23
                         SORAYE MCMILLAN
24

25