UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,        **AFFIDAVIT**
       <u>**LOCAL RULE 7.2**</u>

       Plaintiff,

       Civil Action No.
       v.        22-CV-1159

B4B EARTH TEA LLC, B4B CORP.,        (Vitaliano, J.)
and ANDREW MARTIN SINCLAIR,        (Levy, M.J.)

       Defendants.
------------------------------------------------------------------x

## AFFIDAVIT CONCERNING LOCAL RULE 7.2

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.     I am an Assistant U.S. Attorney for the United States Attorney's Office for the Eastern District of New York and am counsel for the United States in this matter.

2.     I submit this Affidavit pursuant to Individual Motion Practice and Rules of Judge Eric N. Vitaliano III.H. (Cases Involving *Pro Se* Litigants) and pursuant to Local Civil Rule 7.2 (Authorities to be Provided to Pro Se Litigants).

3.     On October 1, 2024, the United States will file an opposition to Defendant Sinclair's Motion to Reconsider, Dkt. 56. Prior to that filing, I provided to Defendant Sinclair, via email, copies of cases and other authorities cited by the United States in its response. The material was contained in a Zip file attached to an email I sent to Mr. Sinclair, at <u>asinclairhg@gmail.com</u>, on October 1, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2024            _____
                                                                 Michael S. Blume