UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>B4B EARTH TEA LLC, a limited liability company;<br><br>B4B CORP., a corporation; and<br><br>ANDREW MARTIN SINCLAIR, individually and as an officer of B4B EARTH TEA LLC and B4B CORP.,<br><br>    Defendants. | **CERTIFICATE OF DEFAULT AGAINST DEFENDANTS B4B EARTH TEA LLC AND B4B CORP.**<br><br>**Civil Action No.: 22-CV-1159** |

-------------------------------------------------------------X

    I, Brenna B. Mahoney, Clerk of the Court of the United Stated District Court for the Eastern District of New York, do hereby certify that the defendants B4B EARTH TEA LLC and B4B CORP. have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants B4B EARTH TEA LLC and B4B CORP. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      October 11, 2024

                                              BRENNA B. MAHONEY, Clerk of Court
                                  By:_____*Jalitza Poveda*_____
                                                  Deputy Clerk