RECEIVED IN THE PRO SE OFFICE
OCT 31, 2024, 9:23AM
VIA BOX.COM

# Andrew Sinclair / B4B Earth Tea LLC

9703 Sutphin Blvd Unit 350008, Jamaica NY 11435
Tell: 718-635-2135
email: asinclairhg@gmail.com

October 31, 2024

Honorable Robert M. Levy

United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. B4B Earth Tea LLC, et al. No. 22-CV-1159

Dear Honorable Judge Robert M. Levy,

Defendant Request for additional time to Submit Scientific Research Report.

On 8/27/2024 which was six days after my request for time was approved I received an email from Sonoran University of Health (ASU), stating that the date that was confirmed would have to be changed to Oct 1, 2024.(please see exhibit E1)

I must say that before Signing the Agreement I was told that the date in September was confirmed and that's when I requested Oct 31, 2024 in my previous letter.

I was offered to do an immune system study instead and I agreed to do so. The immunity study was scheduled to begin around the week of Sep 17, 2024, but as time went by and my deposit was sent in the communications started deteriorating, for example I would wait 2-3 days for a response vs within hours from when we initially started communicating. At the time when I was told to ship my sample I was told that someone would be there to accept the shipment but when my overnight shipment arrived at the destination they were closed and no one was there to accept it.

As the deadline approaches and communications got worst, I decided to start looking for an alternative option, because it reminded me of recent experiences with other companies who either had conflict of interest, blackballed me or who was contacted by the plaintiff.

After I started reaching out, I received two responses (please see exhibit E2-A and exhibit E2-B) I decided to go with exhibit E2-A because the process was simple and the turn around time was faster. This was September 27, 2024.

This biotech lab offered covid19 research materials therefore their timing was faster and everything was done in house which would allow me to make the deadline. As we started putting the study in place there was a slight delay because they have never tried a natural product before. On 0ct 22, 2024 we finally started with an estimated completion date of Oct 25, 2024. (Please see Exhibit-E3) That was still enough time to create the report therefore there was no need to request additional time. On October 25, 2024 I received the report but there was some system errors. (please see Exhibit Report / received report documentation ).

The biotech lab then suggested the use of a different method that should resolve the errors and give more details, this study will take up to two weeks. So far they are the only USA lab that actual went ahead and did some tests with my product. Even through there's questions to why the covid samples are "undetermined" I appreciate that they offered a better option for the study. This letter was delayed until today because I was trying to get a date when they would be able to do the offered option. After an internal meeting I was told they had finalized a plan to redo the study. (Please see Exhibit-E4)

I am requesting 21- 30 days more to submit my official research results since the estimated time is two weeks if my study is done before the requested days, I will submit it to the court. If this request is denied I would request a trial and object to any summary judgment request by the plaintiff.

I redacted the information to prevent the plaintiffs from trying to sabotage my research.

                                                                  Respectfully submitted

                                                                      /s/   Andrew Sinclair

                                                                               Andrew Sinclair