**RECEIVED IN THE PRO SE OFFICE**
**OCT 31, 2024, 9:01AM**
**VIA BOX.COM**

# Exhibit E1
# Case No.: 22-CV-1159

Email Response received 8/27/2024

 ⭐ **Jeffrey Langland**                 8/27/24
To: Eric, Adriana & 2 more... ›

Hello Andrew,

    We will need a sample for doing our testing!   I checked with our Biosafety Level 3 facility (at ASU) and it appears that we may need to wait until around October 1 to get in and do the COVID testing.  Many labs use that unique lab since it is for more dangerous pathogens.  So we occasionally have to wait until another lab finishes their work.

Thanks,
Dr. Langland