**RECEIVED IN THE PRO SE OFFICE
OCT 31, 2024, 9:01AM
VIA BOX.COM**

# Exhibit E3
# Case No.: 22-CV-1159

Confirmation that the study started 10/22/2024



Morning Kelly,

Was checking when are you planning to start. Thank you.

**Email from Research Lab 10/22/2024**



We started today. We will have results later this week.

Thank you,

