# Exhibit E2-B
# Case No.: 22-CV-1159

FILED
Oct 31, 2024, 9:20 AM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

Inquiry response received after canceling Sonoran University order 9/27/2024



# Exhibit E2-A
# Case No.: 22-CV-1159

Inquiry response received after canceling Sonoran University order 9/27/2024

**FILED**
**Nov 1, 2024, 7:52 AM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

