FILED
Oct 31, 2024, 9:20 AM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

# Exhibit E3
# Case No.: 22-CV-1159

Confirmation that the study started 10/22/2024



Morning Kelly,

Was checking when are you planning to start. Thank you.

**Email from Research Lab 10/22/2024**

**Kelly** 10/22/24
To:

We started today. We will have results later this week.

Thank you,