| PROPRIETARY INFORMATION | |
|---|---|
| RayBiotech Life, Inc | Form: FO-TF-028 |
| Service Reports; Revision 1.0 | |


Raybiotech Life, Inc.
3607 Parkway Ln, Suite 200
Peachtree Corners, GA 30092
770-729-2992
1-888-494-8555
Fax: 770-206-2393
Email: *info@raybiotech.com*


RayBiotech
Empowering your proteomics


FILED
Jan 11, 2025, 7:14 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com


| | |
|---|---|
| Customer Contact Name: | Andrew Sinclair |
| Customer Institution: | B4B |
| Contact Phone Number: | N/A |
| Customer Email Address: | |
| Purchase Order Number | CC 3576 / PHONE |
| Sales Order Number | S085085 |
| Protocol Number | 11182024 TISD QAH-INF-1 SA8 S085085 |
| Study Director assigned: | Gracie Armour |

4

## Service Provided

| | |
|---|---|
| Type of Service Provided: | Full Testing |
| Sample Type and Preparation: | Drink |
| Test procedure: | SOP-TF-QAH-001, SOP-TF-QAH-003 |
| Stability of sample and Standards or Positive Controls | Stable to conditions of test |
| Protocol sign off Date: | 11/26/24 |
| Final Report completed date: | 11/26/24 |
| Storage of Records and samples | According to in house procedures |

## Sign off:

| | | |
|---|---|---|
| Study Director: Gracie Armour | Date: | 11/26/24 |
| Laboratory Manager: Mike Mao | Date: | 11/26/24 |

| Sample # | Sample ID | Sample Type | Sample Conditions | Dilution |
|---|---|---|---|---|
| 1 | BETISD 1 | Drink | 4°C; Unfiltered 1 | 2x |
| 2 | BETISD 2 | Drink | 4°C; Unfiltered 2 | 2x |
| 3 | BETISD 3 | Drink | 4°C; Filtered 1 | 2x |
| 4 | BETISD 4 | Drink | 4°C; Filtered 2 | 2x |
| 5 | BETISD 5 | Drink | Room Temperature; Unfiltered 1 | 2x |
| 6 | BETISD 6 | Drink | Room Temperature; Unfiltered 2 | 2x |
| 7 | BETISD 7 | Drink | Room Temperature; Filtered 1 | 2x |
| 8 | BETISD 8 | Drink | Room Temperature; Filtered 2 | 2x |

| Raw_Data | 0 | 1 | 4 | 12 | 37 | 111 | 333 | 1,000 | BETISD 1 | BETISD 2 | BETISD 3 | BETISD 4 | BETISD 5 | BETISD 6 | BETISD 7 | BETISD 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POS1 | 74,828 | 62,868 | 84,967 | 75,940 | 89,366 | 68,511 | 82,418 | 74,411 | 69,934 | 55,989 | 72,534 | 71,235 | 70,587 | 62,913 | 71,311 | 56,733 |
| POS1 | 80,331 | 65,169 | 86,289 | 78,817 | 83,929 | 67,972 | 77,550 | 73,552 | 64,921 | 51,763 | 72,319 | 71,343 | 68,049 | 67,232 | 74,812 | 60,729 |
| POS1 | 87,367 | 75,037 | 88,517 | 78,486 | 84,263 | 70,088 | 77,282 | 72,290 | 64,463 | 50,384 | 73,325 | 71,177 | 71,450 | 67,529 | 71,592 | 69,052 |
| POS1 | 91,891 | 69,124 | 94,574 | 80,003 | 87,702 | 72,533 | 79,984 | 71,442 | 67,111 | 52,321 | 70,648 | 78,780 | 71,056 | 67,819 | 88,102 | 70,194 |
| POS2 | 32,635 | 25,610 | 32,925 | 29,199 | 32,272 | 29,109 | 37,836 | 26,792 | 24,289 | 21,393 | 26,317 | 28,846 | 26,529 | 26,570 | 30,890 | 24,944 |
| POS2 | 31,097 | 28,537 | 33,470 | 30,023 | 33,194 | 28,723 | 37,708 | 27,035 | 24,638 | 20,391 | 26,954 | 23,397 | 27,666 | 25,093 | 31,032 | 24,605 |
| POS2 | 32,189 | 31,249 | 33,699 | 27,919 | 32,663 | 29,721 | 29,853 | 25,135 | 26,578 | 20,753 | 28,252 | 24,646 | 28,673 | 25,422 | 31,131 | 23,592 |
| POS2 | 33,616 | 33,329 | 32,469 | 29,398 | 35,032 | 27,726 | 31,543 | 22,557 | 26,160 | 15,762 | 29,888 | 26,023 | 27,836 | 24,209 | 31,028 | 22,328 |
| IL-1a | 557 | 613 | 824 | 1,038 | 1,467 | 3,941 | 9,536 | 26,536 | 632 | 877 | 567 | 927 | 554 | 796 | 712 | 647 |
| IL-1a | 493 | 601 | 826 | 1,129 | 1,619 | 3,358 | 10,563 | 24,594 | 478 | 760 | 528 | 875 | 640 | 837 | 617 | 858 |
| IL-1a | 557 | 652 | 821 | 951 | 1,798 | 3,431 | 10,753 | 24,793 | 698 | 744 | 546 | 751 | 515 | 755 | 664 | 582 |
| IL-1a | 493 | 675 | 843 | 1,059 | 1,924 | 3,633 | 12,233 | 21,550 | 801 | 648 | 557 | 762 | 621 | 885 | 802 | 681 |
| IL-1b | 291 | 474 | 786 | 815 | 2,041 | 3,510 | 8,125 | 10,842 | 611 | 505 | 558 | 585 | 594 | 334 | 586 | 579 |
| IL-1b | 359 | 406 | 584 | 914 | 2,141 | 3,986 | 7,690 | 9,233 | 562 | 611 | 567 | 600 | 482 | 438 | 696 | 556 |
| IL-1b | 539 | 569 | 562 | 931 | 1,582 | 4,411 | 8,774 | 10,219 | 575 | 486 | 525 | 620 | 475 | 357 | 562 | 632 |
| IL-1b | 491 | 587 | 711 | 941 | 1,718 | 4,455 | 8,579 | 10,633 | 395 | 538 | 540 | 538 | 347 | 520 | 607 | 592 |
| IL-4 | 1,111 | 1,901 | 2,285 | 4,509 | 7,917 | 14,064 | 23,565 | 24,515 | 857 | 964 | 953 | 1,136 | 778 | 1,208 | 842 | 1,027 |
| IL-4 | 1,006 | 1,920 | 2,192 | 6,560 | 11,447 | 15,376 | 21,606 | 26,201 | 1,140 | 811 | 1,041 | 1,194 | 709 | 872 | 1,098 | 989 |
| IL-4 | 896 | 1,963 | 3,095 | 5,378 | 11,493 | 14,152 | 19,178 | 19,651 | 1,168 | 813 | 1,150 | 1,003 | 1,058 | 944 | 882 | 864 |
| IL-4 | 1,017 | 2,013 | 3,352 | 7,129 | 10,811 | 14,632 | 22,207 | 17,973 | 1,053 | 839 | 1,408 | 1,056 | 1,059 | 977 | 1,246 | 931 |
| IL-6 | 1,499 | 1,392 | 1,707 | 1,479 | 3,945 | 6,969 | 20,228 | 51,553 | 1,528 | 1,179 | 1,583 | 1,515 | 1,468 | 1,431 | 1,465 | 1,309 |
| IL-6 | 1,457 | 1,331 | 1,745 | 1,791 | 3,613 | 6,852 | 22,473 | 50,542 | 1,453 | 1,440 | 1,559 | 1,539 | 1,409 | 1,488 | 1,483 | 1,557 |
| IL-6 | 1,238 | 1,332 | 1,896 | 2,057 | 3,673 | 7,562 | 20,051 | 53,027 | 1,481 | 1,562 | 1,458 | 1,569 | 1,444 | 1,380 | 1,476 | 1,675 |
| IL-6 | 1,348 | 1,315 | 1,378 | 2,194 | 3,493 | 7,436 | 20,752 | 47,702 | 1,690 | 1,622 | 1,428 | 1,688 | 1,527 | 1,378 | 1,649 | 1,553 |
| IL-8 | 1,529 | 1,168 | 1,211 | 1,836 | 2,060 | 4,527 | 11,683 | 24,993 | 1,402 | 1,226 | 1,213 | 1,554 | 1,445 | 1,428 | 1,231 | 1,469 |
| IL-8 | 1,201 | 1,228 | 1,505 | 1,897 | 2,535 | 4,726 | 12,804 | 25,627 | 1,521 | 1,316 | 1,704 | 1,611 | 1,414 | 1,677 | 1,301 | 1,503 |
| IL-8 | 1,191 | 1,208 | 1,571 | 1,811 | 2,649 | 5,667 | 13,821 | 24,467 | 1,474 | 1,263 | 1,666 | 1,280 | 1,475 | 1,340 | 1,260 | 1,580 |
| IL-8 | 1,389 | 1,128 | 1,537 | 1,929 | 2,840 | 5,959 | 12,649 | 34,061 | 1,508 | 1,117 | 1,457 | 1,447 | 1,478 | 1,505 | 1,453 | 1,267 |
| IL-10 | 787 | 4,589 | 12,337 | 24,783 | 56,987 | 158,161 | 345,904 | 374,438 | 699 | 555 | 814 | 698 | 561 | 766 | 735 | 895 |
| IL-10 | 810 | 4,619 | 11,442 | 23,595 | 52,958 | 155,940 | 335,888 | 418,280 | 758 | 665 | 779 | 727 | 569 | 800 | 845 | 885 |
| IL-10 | 863 | 4,867 | 11,372 | 21,482 | 51,580 | 159,935 | 402,623 | 423,536 | 711 | 817 | 763 | 728 | 691 | 679 | 820 | 986 |
| IL-10 | 985 | 4,470 | 13,443 | 22,173 | 56,757 | 151,089 | 465,260 | 420,908 | 757 | 751 | 658 | 839 | 657 | 534 | 844 | 945 |
| IL-13 | 1,310 | 2,885 | 5,805 | 13,365 | 33,741 | 71,829 | 127,767 | 132,289 | 1,566 | 1,561 | 1,017 | 1,431 | 876 | 1,505 | 1,215 | 1,467 |
| IL-13 | 1,325 | 3,293 | 6,291 | 12,177 | 35,048 | 71,257 | 113,151 | 126,336 | 1,552 | 1,265 | 1,393 | 1,413 | 1,425 | 1,408 | 1,363 | 1,184 |
| IL-13 | 1,045 | 3,177 | 6,789 | 15,551 | 34,706 | 49,214 | 97,178 | 96,802 | 1,447 | 1,413 | 1,531 | 1,145 | 1,301 | 1,602 | 1,216 | 1,241 |
| IL-13 | 1,154 | 4,024 | 5,418 | 12,019 | 29,534 | 51,299 | 88,294 | 123,079 | 1,667 | 1,154 | 1,663 | 1,439 | 1,234 | 1,349 | 1,495 | 1,244 |
| MCP-1 | 1,376 | 1,326 | 1,267 | 1,995 | 4,773 | 13,331 | 27,037 | 48,548 | 1,376 | 1,236 | 1,473 | 1,136 | 1,223 | 1,304 | 1,296 | 1,295 |
| MCP-1 | 1,315 | 1,118 | 1,422 | 2,415 | 5,767 | 13,298 | 30,701 | 46,015 | 1,357 | 1,226 | 1,295 | 1,383 | 1,128 | 1,265 | 1,108 | 1,246 |
| MCP-1 | 1,024 | 1,375 | 1,715 | 3,025 | 5,480 | 13,775 | 33,374 | 46,153 | 1,600 | 1,461 | 1,281 | 1,165 | 1,530 | 1,521 | 1,464 | 1,543 |
| MCP-1 | 1,398 | 1,379 | 1,895 | 2,195 | 6,055 | 13,948 | 33,189 | 51,339 | 1,711 | 1,456 | 1,229 | 1,444 | 1,347 | 1,015 | 1,729 | 1,649 |
| IFNg | 871 | 1,717 | 2,706 | 3,547 | 12,324 | 31,571 | 87,167 | 69,117 | 1,321 | 980 | 857 | 844 | 699 | 1,029 | 1,002 | 1,219 |
| IFNg | 721 | 1,415 | 2,981 | 2,720 | 11,742 | 27,642 | 82,244 | 111,722 | 1,102 | 924 | 1,156 | 963 | 1,063 | 945 | 1,116 | 1,135 |
| IFNg | 1,178 | 1,882 | 3,106 | 3,236 | 11,543 | 22,199 | 76,478 | 98,241 | 1,120 | 809 | 1,152 | 1,039 | 990 | 1,055 | 1,014 | 1,050 |
| IFNg | 1,115 | 2,093 | 2,344 | 3,095 | 10,679 | 20,747 | 79,361 | 121,005 | 1,215 | 836 | 1,149 | 886 | 898 | 1,042 | 993 | 1,089 |
| TNFa | 930 | 1,068 | 1,140 | 1,132 | 1,347 | 2,783 | 5,710 | 14,962 | 1,047 | 1,127 | 1,029 | 1,074 | 893 | 971 | 940 | 1,164 |
| TNFa | 1,046 | 952 | 1,191 | 1,122 | 1,493 | 2,898 | 5,842 | 13,583 | 951 | 1,019 | 963 | 929 | 905 | 994 | 1,295 | 1,062 |
| TNFa | 920 | 942 | 1,213 | 1,305 | 1,641 | 1,981 | 5,755 | 14,082 | 970 | 1,037 | 1,013 | 1,196 | 960 | 1,188 | 1,427 | 1,128 |
| TNFa | 988 | 1,034 | 1,375 | 1,604 | 1,567 | 1,797 | 6,529 | 15,241 | 1,008 | 1,357 | 995 | 1,034 | 1,116 | 1,165 | 1,389 | 1,250 |

| Average | 0 | 1 | 4 | 12 | 37 | 111 | 333 | 1,000 | BETISD 1 | BETISD 2 | BETISD 3 | BETISD 4 | BETISD 5 | BETISD 6 | BETISD 7 | BETISD 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POS1 | 83,604 | 68,050 | 88,587 | 78,312 | 86,315 | 69,776 | 79,308 | 72,924 | 66,607 | 52,614 | 72,206 | 73,134 | 70,286 | 66,373 | 76,454 | 64,177 |
| POS2 | 32,384 | 29,681 | 33,141 | 29,135 | 33,290 | 28,820 | 34,235 | 25,380 | 25,416 | 19,575 | 27,853 | 25,728 | 27,676 | 25,324 | 31,020 | 23,867 |
| IL-1a | 525 | 635 | 828 | 1,044 | 1,702 | 3,591 | 10,771 | 24,368 | 652 | 757 | 549 | 829 | 582 | 818 | 699 | 692 |
| IL-1b | 420 | 509 | 661 | 900 | 1,871 | 4,090 | 8,292 | 10,232 | 536 | 535 | 548 | 586 | 474 | 412 | 613 | 590 |
| IL-4 | 1,007 | 1,949 | 2,731 | 5,894 | 10,417 | 14,556 | 21,639 | 22,085 | 1,054 | 857 | 1,138 | 1,097 | 901 | 1,000 | 1,017 | 953 |
| IL-6 | 1,385 | 1,343 | 1,681 | 1,880 | 3,681 | 7,204 | 20,876 | 50,706 | 1,538 | 1,451 | 1,507 | 1,578 | 1,462 | 1,419 | 1,518 | 1,523 |
| IL-8 | 1,327 | 1,183 | 1,456 | 1,868 | 2,521 | 5,220 | 12,739 | 27,287 | 1,476 | 1,230 | 1,510 | 1,473 | 1,453 | 1,488 | 1,311 | 1,455 |
| IL-10 | 861 | 4,636 | 12,148 | 23,008 | 54,571 | 156,281 | 387,418 | 409,290 | 731 | 697 | 753 | 748 | 620 | 695 | 811 | 928 |
| IL-13 | 1,208 | 3,344 | 6,076 | 13,278 | 33,257 | 60,900 | 106,598 | 119,627 | 1,558 | 1,348 | 1,401 | 1,357 | 1,209 | 1,466 | 1,322 | 1,284 |
| MCP-1 | 1,278 | 1,300 | 1,575 | 2,407 | 5,519 | 13,588 | 31,075 | 48,014 | 1,511 | 1,345 | 1,320 | 1,282 | 1,307 | 1,276 | 1,399 | 1,433 |
| IFNg | 971 | 1,777 | 2,784 | 3,149 | 11,572 | 25,540 | 81,312 | 100,021 | 1,189 | 887 | 1,079 | 933 | 912 | 1,018 | 1,031 | 1,124 |
| TNFa | 971 | 999 | 1,230 | 1,291 | 1,512 | 2,365 | 5,959 | 14,467 | 994 | 1,135 | 1,000 | 1,058 | 968 | 1,079 | 1,263 | 1,151 |
| POS-Ave | 83,604 | 72,338 | 87,072 | 76,763 | 86,129 | 72,089 | 83,845 | 69,222 | 66,111 | 51,575 | 72,056 | 69,777 | 70,868 | 65,875 | 78,268 | 62,897 |

| Normalization | 0 | 1 | 4 | 12 | 37 | 111 | 333 | 1,000 | BETISD 1 | BETISD 2 | BETISD 3 | BETISD 4 | BETISD 5 | BETISD 6 | BETISD 7 | BETISD 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POS1 | 78,883 | 74,207 | 80,255 | 80,474 | 79,053 | 76,352 | 74,615 | 83,101 | 79,474 | 80,473 | 79,047 | 82,678 | 78,235 | 79,479 | 77,054 | 80,488 |
| POS2 | 30,555 | 32,367 | 30,024 | 29,939 | 30,490 | 31,536 | 32,209 | 28,922 | 30,326 | 29,939 | 30,492 | 29,085 | 30,806 | 30,324 | 31,264 | 29,933 |
| IL-1a | 495 | 693 | 751 | 1,073 | 1,559 | 3,929 | 10,134 | 27,769 | 789 | 1,175 | 610 | 950 | 657 | 994 | 714 | 880 |
| IL-1b | 396 | 555 | 599 | 925 | 1,713 | 4,476 | 7,801 | 11,660 | 648 | 830 | 608 | 672 | 536 | 501 | 626 | 750 |
| IL-4 | 951 | 2,125 | 2,474 | 6,057 | 9,540 | 15,928 | 20,358 | 25,167 | 1,276 | 1,329 | 1,264 | 1,258 | 1,017 | 1,215 | 1,040 | 1,212 |
| IL-6 | 1,307 | 1,464 | 1,523 | 1,932 | 3,371 | 7,883 | 19,640 | 57,783 | 1,861 | 2,250 | 1,673 | 1,809 | 1,650 | 1,724 | 1,552 | 1,938 |
| IL-8 | 1,252 | 1,290 | 1,319 | 1,920 | 2,309 | 5,712 | 11,985 | 31,095 | 1,786 | 1,908 | 1,677 | 1,689 | 1,640 | 1,807 | 1,340 | 1,850 |
| IL-10 | 813 | 5,056 | 11,006 | 23,644 | 49,979 | 171,010 | 364,489 | 466,409 | 885 | 1,081 | 836 | 858 | 699 | 844 | 829 | 1,180 |
| IL-13 | 1,140 | 3,647 | 5,504 | 13,644 | 30,459 | 66,639 | 100,289 | 136,321 | 1,885 | 2,091 | 1,555 | 1,556 | 1,365 | 1,781 | 1,351 | 1,633 |
| MCP-1 | 1,206 | 1,417 | 1,426 | 2,474 | 5,054 | 14,869 | 29,236 | 54,714 | 1,828 | 2,086 | 1,465 | 1,470 | 1,475 | 1,550 | 1,430 | 1,823 |
| IFNg | 916 | 1,937 | 2,522 | 3,236 | 10,598 | 27,947 | 76,500 | 113,980 | 1,439 | 1,376 | 1,198 | 1,070 | 1,030 | 1,236 | 1,054 | 1,429 |
| TNFa | 916 | 1,089 | 1,114 | 1,326 | 1,385 | 2,588 | 5,606 | 16,486 | 1,203 | 1,760 | 1,110 | 1,213 | 1,093 | 1,311 | 1,291 | 1,464 |
| POS-Ave | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 | 78,883 |

| Standard Cytokine | Linear Regression Curve | Log-log Regression Curve | 4-PL Regression Curve |
|---|---|---|---|

| IL-1a | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2000 |
| Signal-BKG | 0 | 197 | 255 | 578 | 1063 | 3434 | 9638 | 27273 |
| Log (Concentration) | | 0.44 | 0.92 | 1.39 | 1.87 | 2.35 | 2.82 | 3.30 |
| Log (Signal-BKG) | | 2.30 | 2.41 | 2.76 | 3.03 | 3.54 | 3.98 | 4.44 |




| IL-1b | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2000 |
| Signal-BKG | 0 | 159 | 202 | 529 | 1317 | 4080 | 7405 | 11264 |
| Log (Concentration) | | 0.44 | 0.92 | 1.39 | 1.87 | 2.35 | 2.82 | 3.30 |
| Log (Signal-BKG) | | 2.20 | 2.31 | 2.72 | 3.12 | 3.61 | 3.87 | 4.05 |




| IL-4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2000 |
| Signal-BKG | 0 | 1175 | 1523 | 5106 | 8590 | 14977 | 19408 | 24216 |
| Log (Concentration) | | 0.44 | 0.92 | 1.39 | 1.87 | 2.35 | 2.82 | 3.30 |
| Log (Signal-BKG) | | 3.07 | 3.18 | 3.71 | 3.93 | 4.18 | 4.29 | 4.38 |




| IL-6 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2000 |
| Signal-BKG | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Log (Concentration) | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Log (Signal-BKG) | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |




| IL-8 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Signal-BKG | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Log (Concentration) | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Log (Signal-BKG) | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |




| IL-10 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Signal-BKG | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Log (Concentration) | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Log (Signal-BKG) | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |




| IL-12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Signal-BKG | 0 | 2507 | 4364 | 12504 | 29319 | 65499 | 99149 | 135181 |
| Log (Concentration) | | 0.44 | 0.92 | 1.39 | 1.87 | 2.35 | 2.82 | 3.30 |
| Log (Signal-BKG) | | 3.40 | 3.64 | 4.10 | 4.47 | 4.82 | 5.00 | 5.13 |




| MCP-1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2000 |
| Signal-BKG | 0 | 211 | 221 | 1268 | 3849 | 13663 | 28030 | 53508 |
| Log (Concentration) | | 0.44 | 0.92 | 1.39 | 1.87 | 2.35 | 2.82 | 3.30 |
| Log (Signal-BKG) | | 2.33 | 2.34 | 3.10 | 3.59 | 4.14 | 4.45 | 4.73 |




| IFNg | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 14 | 41 | 123 | 370 | 1111 | 3333 | 10000 |
| Signal-BKG | 0 | 1021 | 1606 | 2320 | 9682 | 27030 | 75584 | 113063 |
| Log (Concentration) | | 1.14 | 1.61 | 2.09 | 2.57 | 3.05 | 3.52 | 4.00 |
| Log (Signal-BKG) | | 3.01 | 3.21 | 3.37 | 3.99 | 4.43 | 4.88 | 5.05 |




| TNFa | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Concentration (pg/ml) | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2000 |
| Signal-BKG | 0 | 173 | 198 | 410 | 469 | 1672 | 4690 | 15570 |
| Log (Concentration) | | 0.44 | 0.92 | 1.39 | 1.87 | 2.35 | 2.82 | 3.30 |
| Log (Signal-BKG) | | 2.24 | 2.30 | 2.61 | 2.67 | 3.22 | 3.67 | 4.19 |



| Target | LOD (pg/ml) | Best Confident Range | Maximum Value | Highest Reported Value | Lowest Reported Value | *% Below LOD* | % Above LOD but <3xLOD | % in Best Confidence | % Above Maximum |
|---|---|---|---|---|---|---|---|---|---|
| IL-1a | 4.0 | 12.0 - 667 | 2,000 | 49.5 | 8.3 | *0.0* | 25.0 | 75.0 | *0.0* |
| IL-1b | 2.3 | 7.0 - 667 | 2,000 | 18.9 | 4.3 | *0.0* | 25.0 | 75.0 | *0.0* |
| IL-4 | 0.7 | 2.1 - 41 | 123 | 1.8 | 0.3 | 25.0 | 75.0 | *0.0* | *0.0* |
| IL-6 | 4.0 | 12.0 - 667 | 2,000 | 33.5 | 8.7 | *0.0* | 12.5 | 87.5 | *0.0* |
| IL-8 | 0.8 | 2.4 - 133 | 400 | 8.7 | 1.2 | *0.0* | 12.5 | 87.5 | *0.0* |
| IL-10 | 0.2 | 0.5 - 370 | 1,111 | 0.5 | 0.0 | 75.0 | 12.5 | 12.5 | *0.0* |
| IL-13 | 1.1 | 3.4 - 667 | 2,000 | 2.2 | 1.2 | *0.0* | 100.0 | *0.0* | *0.0* |
| MCP-1 | 7.7 | 23.2 - 667 | 2,000 | 16.2 | 8.2 | *0.0* | 100.0 | *0.0* | *0.0* |
| IFNg | 6.0 | 18.0 - 3,333 | 10,000 | 22.9 | 5.0 | 25.0 | 37.5 | 37.5 | *0.0* |
| TNFa | 4.0 | 12.0 - 667 | 2,000 | 109.6 | 23.0 | *0.0* | *0.0* | 100.0 | *0.0* |