| PROPRIETARY INFORMATION ||
|---|---|
| **RayBiotech Life, Inc** | **Form: FO-TF-028** |
| **Service Reports; Revision 1.0** ||

**Raybiotech Life, Inc.**
3607 Parkway Ln, Suite 200
Peachtree Corners, GA 30092
770-729-2992
1-888-494-8555
Fax: 770-206-2393
Email: *info@raybiotech.com*

**FILED
Jan 11, 2025, 7:47 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**

| | |
|---|---|
| **Customer Contact Name:** | **Andrew Sinclair** |
| **Customer Institution:** | **B4B** |
| **Contact Phone Number:** | **N/A** |
| **Customer Email Address:** | |
| **Purchase Order Number** | **CC 3576 / PHONE** |
| **Sales Order Number** | **S085085** |
| **Protocol Number** | **11182024 TISD QAH-INF-1 SA8 S085085** |
| **Study Director assigned:** | **Gracie Armour** |

**Service Provided**

| | |
|---|---|
| **Type of Service Provided:** | **Full Testing** |
| **Sample Type and Preparation:** | **Drink** |
| **Test procedure:** | **SOP-TF-QAH-001, SOP-TF-QAH-003** |
| **Stability of sample and Standards or Positive Controls** | **Stable to conditions of test** |
| **Protocol sign off Date:** | **11/26/2024** |
| **Final Report completed date:** | **11/26/2024** |
| **Storage of Records and samples** | **According to in house procedures** |

**Sign off:**

| | | | |
|---|---|---|---|
| **Study Director:** Gracie Armour | **Date:** | **11/26/2024** ||
| **Laboratory Manager: Mike Mao** | **Date:** | **11/26/2024** ||

| LOD | MAX | Curve(s) | (pg/ml) | BETISD 1 | BETISD 2 | BETISD 3 | BETISD 4 | BETISD 5 | BETISD 6 |
|---|---|---|---|---|---|---|---|---|---|
| 4.0 | 2,000.0 | | **IL-1a** | 21.4 | 49.5 | 8.3 | 33.1 | 11.8 | 36.3 |
| 2.3 | 2,000.0 | | **IL-1b** | 10.8 | 18.9 | 9.0 | 11.8 | 5.8 | 4.3 |
| 0.7 | 123.5 | | **IL-4** | 1.6 | 1.8 | 1.5 | 1.5 | *0.3* | 1.3 |
| 4.0 | 2,000.0 | | **IL-6** | 19.7 | 33.5 | 13.0 | 17.8 | 12.2 | 14.8 |
| 0.8 | 400.0 | | **IL-8** | 7.1 | 8.7 | 5.6 | 5.8 | 5.1 | 7.3 |
| 0.2 | 1,111.1 | | **IL-10** | *0.1* | 0.4 | *0.0* | *0.1* | *0.0* | *0.0* |
| 1.1 | 2,000.0 | | **IL-13** | 1.9 | 2.2 | 1.5 | 1.5 | 1.2 | 1.7 |
| 7.7 | 2,000.0 | | **MCP-1** | 13.0 | 16.2 | 8.6 | 8.7 | 8.7 | 9.6 |
| 6.0 | 10,000.0 | | **IFNg** | 22.9 | 20.1 | 12.3 | 6.7 | *5.0* | 14.0 |
| 4.0 | 2,000.0 | | **TNFa** | 37.2 | 109.6 | 25.2 | 38.6 | 23.0 | 51.2 |

*Blue Italic* : Below LOD
**Red Bold**:  Above MAX

| (pg/ml) | BETISD 7 | BETISD 8 |
|---|---|---|
| IL-1a | 15.9 | 28.0 |
| IL-1b | 9.8 | 15.3 |
| IL-4 | *0.4* | 1.3 |
| IL-6 | 8.7 | 22.4 |
| IL-8 | 1.2 | 7.9 |
| IL-10 | *0.0* | 0.5 |
| IL-13 | 1.2 | 1.6 |
| MCP-1 | 8.2 | 12.9 |
| IFNg | *6.0* | 22.4 |
| TNFa | 48.7 | 71.1 |

*Blue Italic* : Below LOD
**Red Bold**: Above MAX

*Data Statistics*

| Target | LOD (pg/ml) | Best Confident Range | Maximum Value | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Confidence | %Above Maximum |
|---|---|---|---|---|---|---|---|---|---|
| IL-1a | 4.0 | 12.0 - 667 | 2,000 | 49.5 | 8.3 | 0.0 | 25.0 | 75.0 | 0.0 |
| IL-1b | 2.3 | 7.0 - 667 | 2,000 | 18.9 | 4.3 | 0.0 | 25.0 | 75.0 | 0.0 |
| IL-4 | 0.7 | 2.1 - 41 | 123 | 1.8 | 0.3 | 25.0 | 75.0 | 0.0 | 0.0 |
| IL-6 | 4.0 | 12.0 - 667 | 2,000 | 33.5 | 8.7 | 0.0 | 12.5 | 87.5 | 0.0 |
| IL-8 | 0.8 | 2.4 - 133 | 400 | 8.7 | 1.2 | 0.0 | 12.5 | 87.5 | 0.0 |
| IL-10 | 0.2 | 0.5 - 370 | 1,111 | 0.5 | 0.0 | 75.0 | 12.5 | 12.5 | 0.0 |
| IL-13 | 1.1 | 3.4 - 667 | 2,000 | 2.2 | 1.2 | 0.0 | 100.0 | 0.0 | 0.0 |
| MCP-1 | 7.7 | 23.2 - 667 | 2,000 | 16.2 | 8.2 | 0.0 | 100.0 | 0.0 | 0.0 |
| IFNg | 6.0 | 18.0 - 3,333 | 10,000 | 22.9 | 5.0 | 25.0 | 37.5 | 37.5 | 0.0 |
| TNFa | 4.0 | 12.0 - 667 | 2,000 | 109.6 | 23.0 | 0.0 | 0.0 | 100.0 | 0.0 |

## Standard Curve & Sample Distribution



## IL-1a    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL-1a | 4.0 | 12.0 - 667 | 49.45 | 8.34 | *0.0* | 25.0 | **75.0** | *0.0* |

*Individual Protein*

## Standard Curve & Sample Distribution



## IL-1b    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL-1b | 2.3 | 7.0 - 667 | 18.94 | 4.28 | 0.0 | 25.0 | 75.0 | 0.0 |

## Standard Curve & Sample Distribution



## IL-4   Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL-4 | 0.7 | 2.1 - 41 | 1.83 | 0.32 | 25.0 | 75.0 | 0.0 | 0.0 |

*Individual Protein*

## Standard Curve & Sample Distribution



## IL-6    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL-6 | 4.0 | 12.0 - 667 | 33.48 | 8.68 | *0.0* | 12.5 | **87.5** | *0.0* |

*Individual Protein*

## Standard Curve & Sample Distribution



## IL-8    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL8 | 0.8 | 2.4 - 133 | 8.69 | 1.16 | 0.0 | 12.5 | 87.5 | 0.0 |

*Individual Protein*

## Standard Curve & Sample Distribution



### IL-10    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL-10 | 0.2 | 0.5 - 370 | 0.48 | 0.00 | **75.0** | 12.5 | 12.5 | *0.0* |

*Individual Protein*

## Standard Curve & Sample Distribution



## IL-13     Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IL-13 | 1.1 | 3.4 - 667 | 2.16 | 1.20 | *0.0* | **100.0** | *0.0* | *0.0* |

*Individual Protein*

## Standard Curve & Sample Distribution



## MCP-1    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| MCP-1 | 7.7 | 23.2 - 667 | 16.18 | 8.22 | 0.0 | 100.0 | 0.0 | 0.0 |

*Individual Protein*

## Standard Curve & Sample Distribution



## IFNg    Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| IFNg | 6.0 | 18.0 - 3,333 | 22.86 | 4.96 | 25.0 | 37.5 | 37.5 | 0.0 |

*Individual Protein*

## Standard Curve & Sample Distribution



## TNFa  Sample Testing Result



## Data Statistics

| Protein Name | Limit of Detection (LOD) | Best Confident Range | Highest Reported Value | Lowest Reported Value | % Below LOD | %Above LOD but <3xLOD | % in Best Range | %Above MAX |
|---|---|---|---|---|---|---|---|---|
| TNFa | 4.0 | 12.0 - 667 | 109.56 | 22.98 | 0.0 | 0.0 | 100.0 | 0.0 |

# Need help making sense of your data?

## RayBiotech offers affordable Biostatistics & Bioinformatics services.

### DATA CLEAN-UP

Data outliers are identified & removed from further analyses.



EXAMPLE REPORT

### DIFFERENTIAL EXPRESSION ANALYSIS

Identifies differentially-expressed proteins across groups using volcano plots & jitter plots.



EXAMPLE REPORT

### CLUSTER ANALYSIS

Clusters samples based on similar expression profiles. Includes heatmaps and more!



EXAMPLE REPORT

### BIOMARKER SELECTION

Uses various models to identify statistically-significant biomarkers between groups. Provides p-values.



EXAMPLE REPORT

### PATHWAY ANALYSIS

Identifies the specific protein functions, biological pathways, and physical interactions enriched in a particular group.



EXAMPLE REPORT

Contact us at info@raybiotech.com for more information.



LEARN MORE