# Quantibody® Human Inflammation Array 1

Quantitative measurement of 10 human cytokines

FILED
Jan 11, 2025, 8:00 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

Catalog #: QAH-INF-1

User Manual
Last revised July 18, 2019

Caution:
Extraordinarily useful information enclosed



ISO 13485 Certified

3607 Parkway Lane, Suite 100
Norcross, GA 30092
Tel: 1-888-494-8555 (Toll Free) or 770-729-2992, Fax:770-206-2393
Web: www.RayBiotech.com, Email: info@raybiotech.com

---

[1] Exhibit IMMUNE STUDY- MANUAL CASE:22-CV-1159 JAN 11, 2025 PAGE 1-20

# Table of Contents

| Section | | Page # |
|---|---|---|
| I. | Overview | 3 |
| II. | Introduction | 3 |
| III. | How It Works | 5 |
| IV. | Materials Provided | 6 |
| V. | Storage | 6 |
| VI. | Additional Materials Required | 6 |
| VII. | General Considerations<br>    A. Sample Preparation<br>    B. Handling Glass Slides<br>    C. Incubation | 7 7<br>7 7 |
| VIII. | Protocol<br>    A. Completely Air Dry The Glass Slide<br>    B. Prepare Cytokine Standard Dilutions<br>    C. Blocking & Incubation<br>    D. Incubation with Biotinylated Antibody Cocktail & Wash<br>    E. Incubation with Cy3 Equivalent Dye-Streptavidin & Wash<br>    F. Fluorescence Detection<br>    G. Data Analysis | 8 8<br>8 9<br>10<br>10<br>11<br>12 |
| IX. | Array Map & Standard Curves | 13 |
| X. | Standard Concentrations | 14 |
| XI. | Spiking & Recovery | 15 |
| XII. | Q-Analyzer: Data Analysis Software | 16 |
| XIII. | Troubleshooting Guide | 17 |
| XIV. | Select Publications | 18 |
| XV. | Experiment Record Form | 19 |
| XVI. | How To Choose A Quantibody® | 20 |

**Please read the entire manual carefully before starting your experiment**

# I. Overview

| | |
|---|---|
| **Cytokines Detected (10)** | IFN-gamma, IL-1 alpha (IL-1 F1), IL-1 beta (IL-1 F2), IL-10, IL-13, IL-4, IL-6, IL-8 (CXCL8), MCP-1 (CCL2), TNF alpha  *See Section IX for Array Map* |
| **Format** | One standard glass slide is spotted with 16 wells of identical cytokine antibody arrays. Each antibody is arrayed in quadruplicate. |
| **Detection Method** | Fluorescence. Go to www.RayBiotech.com/Scanners for a list of compatible laser scanners. |
| **Sample Volume** | 50 - 100 µl per array |
| **Reproducibility** | CV <20% |
| **Assay Duration** | 6 hours |

# II. Introduction

Cytokines play an important role in innate immunity, apoptosis, angiogenesis, cell growth and differentiation. They are involved in interactions between different cell types, cellular responses to environmental conditions, and maintenance of homeostasis. In addition, cytokines are also involved in most disease processes, including cancer and cardiac diseases.

The traditional method for cytokine detection and quantification is through the use of an enzyme-linked immunosorbent assay (ELISA). In this method, target protein is immobilized to a solid support. The immobilized protein is then complexed with an antibody that is linked to an enzyme. Detection of the enzyme complex can then be visualized through the use of a substrate that produces a detectable signal. While this traditional method works well for a single protein, the overall procedure is time consuming and requires a relatively high volume of sample. Thus, conservation of precious small sample quantities becomes a challenging task. Innovations in microarray technology over the last decade have addressed this problem. A long-standing leader in the field, Raybiotech, has pioneered the development of cytokine antibody arrays, which have now been widely applied in the research community with hundreds of peer reviewed publications, including top-tier journals such as *Cell* and *Nature*.

The Quantibody® array, our multiplexed sandwich ELISA-based quantitative array platform, enables researchers to accurately determine the concentration of multiple cytokines simultaneously. It combines the advantages of the high detection sensitivity & specificity of ELISA and the high throughput of arrays.

Like a traditional sandwich-based ELISA, it uses a pair of cytokine specific antibodies for detection. A capture antibody is first bound to the glass surface. After incubation with the sample, the target cytokine is trapped on the solid surface. A second biotin-labeled detection antibody is then added, which can recognize a different epitope of the target cytokine. The cytokine-antibody-biotin complex can then be visualized through the addition of the streptavidin-conjugated Cy3 equivalent dye, using a laser scanner. Unlike the traditional ELISA, Quantibody products use an array format. By arraying multiple cytokine specific capture antibodies onto a glass support, quantitative, multiplex detection of cytokines in one experiment is made possible.

In detail, one standard glass slide is divided into 16 wells of identical cytokine antibody arrays. Each antibody, together with the positive controls is arrayed in quadruplicate. The slide comes with a 16-well removable gasket which allows for the process of 16 samples on one slide. Four slides can be nested into a tray, which matches a standard microplate footprint and allows for automated robotic high throughput process of 64 arrays simultaneously. For cytokine quantification, the array specific cytokine standards, whose concentration has been predetermined, are provided to generate a standard curve for each cytokine. In a real experiment, standard cytokines and samples will be assayed in each array simultaneously through a sandwich ELISA procedure. By comparing signals from unknown samples to the standard curve, the cytokine concentration in the samples will be determined.

Quantibody® array kits have been confirmed to have similar detection sensitivity as traditional ELISA. Our current high density Quantibody kits allow scientists to quantitatively determine the concentration of 1000 human, 200 mouse, and 67 rat cytokines in a single experiment. This is not only one of the most efficient products on the market for cytokine quantification, but makes it more affordable for quantification of large number of proteins. Simultaneous detection of multiple cytokines undoubtedly provides a powerful tool for drug and biomarker discovery.

# III. How It Works



# IV. Materials Provided

|   | Catalog # | Component Name | 1 Slide Box | 2 Slide Box* |
|---|-----------|----------------|-------------|--------------|
| 1 | QAH-INF-1 S | Human Inflammation Array 1 Glass Slide | 1 | 2 |
| 2 | QA-SDB | Quantibody® Sample Diluent | 15 ml | |
| 3 | AA-WB1-30ML | 20X Wash Buffer I | 2 x 30 ml | 3 x 30 ml |
| 4 | AA-WB2-30ML | 20X Wash Buffer II | 30 ml | |
| 5 | QAH-INF-1 -STD | Human Inflammation Array 1 Lyophilized Standard Mix** | 1 Vial | |
| 6 | QAH-INF-1 B | Human Inflammation Array 1 Biotinylated Antibody Cocktail | 1-25 µl | 2 x 1-25 µl |
| 7 | QA-CY3E | Cy3 equivalent dye-conjugated Streptavidin | 5 µl | 2 x 5 µl |
| 8 | QA-SWD | Slide Washer/Dryer | 1 x 30 ml Tube | |
| 9 | QA-ADH | Adhesive Film | 1 | 2 |

* 4 slide kits are comprised of 2 separate 2 slide kits.
** See Section X for detailed cytokine concentrations after reconstitution.

# V. Storage

Upon receipt, all components should be stored at -20°C. The kit will retain activity for up to 6 months. Once thawed, the glass slide, standard mix, antibody cocktail and dye-conjugated Streptavidin should be kept at -20°C. All other components may be stored at 4°C. The entire kit should be used within 6 months of purchase.

# VI. Additional Materials Required

- Benchtop rocker or orbital rocker
- Laser scanner for fluorescence detection
- Aluminum foil
- Distilled water
- 1.5 ml Polypropylene microcentrifuge tubes

# VII. General Considerations

## A. Preparation of Samples

- Use serum-free conditioned media if possible.
- If serum-containing conditioned media is required, it is highly recommended that complete medium be used as a control since many types of sera contains cytokines.
- Each array needs 100 µl of total sample volume. To avoid matrix effects, we recommend using a minimum of 2-fold sample dilution of culture media, body fluids, or 0.5-1mg/ml total protein for lysates, after a 5-fold to 10-fold dilution to minimize the effects of any detergent(s). Please be aware, more sample volume is required for combination arrays. For example, the minimum sample volume for a 10-array kit is 500 µl, or 500 µg lysate.
- The suggested serum/plasma dilution for this array is: 2x

## B. Handling Glass Slides

- Do not touch the surface of the slides, as the microarray slides are very sensitive. Hold the slides by the edges only.
- Handle all buffers and slides with powder free gloves.
- Handle glass slide/s in clean environment.
- Permanent marker ink can significantly interfere with fluorescent signal detection. To help distinguish one slide from another, you may make a small marking (such as a number or a star) along the top or bottom edge, using a green or blue ultra-fine point Sharpie® brand marker. This can also serve to orient the slide. For best results during scanning, please **DO NOT**:
    - Write anywhere on the front (arrayed) side of the slide
    - Write on the slide while it is wet
    - Use red or black colored ink anywhere on the slide
    - Write over the arrayed well areas of the slide, as this interferes with scanning.

## C. Incubation

- Completely cover array area with sample or buffer during incubation.
- Avoid foaming during incubation steps.
- Perform all incubation and wash steps under gentle rocking or rotation.
- Cover the incubation chamber with adhesive film during incubation, particularly when incubation is more than 2 hours or <70 µl of sample or reagent is used.

- Several incubation steps such as step 6 (blocking), step 7 (sample incubation), step 10 (detection antibody incubation), or step 13 (Cy3 equivalent dye-streptavidin incubation) may be done overnight at 4°C. Please make sure to cover the incubation chamber tightly to prevent evaporation.

## VIII. Protocol

### A. Completely Air Dry The Glass Slide

1. Take out the glass slide from the box, and let it equilibrate to room temperature inside the sealed plastic bag for 20-30 minutes. Remove slide from the plastic bag, peel off the cover film, and let it air dry for another 1-2 hours.

*Incomplete drying of slides before use may cause the formation of "comet tails," thin directional smearing of antibody spots.*

### B. Prepare Cytokine Standard Dilutions

*There is only one vial of standard provided in the two-slide kit, which is enough for making two standard curves. Reconstitute the lyophilized standard within one hour of usage. If you must use the standard for two different days, store only the Std1 dilution at -80°C.*



2. Reconstitute the Cytokine Standard Mix (lyophilized) by adding 500 μl Sample Diluent to the tube. For best recovery, always quick-spin vial prior to opening. Dissolve the powder thoroughly by a gentle mix. Labeled the tube as Std1.

3. Label 6 clean microcentrifuge tubes as Std2 to Std7. Add 200 µl Sample Diluent to each of the tubes.

4. Pipette 100 µl Std1 into tube Std2 and mix gently. Perform 5 more serial dilutions by adding 100 µl Std2 to tube Std3 and so on.

5. Add 100 µl Sample Diluent to another tube labeled as CNTRL. Do not add standard cytokines or samples to the CNTRL tube, which will be used as negative control. For best results, include a set of standards in each slide.

*Since the starting concentration of each cytokine is different, the serial concentrations from Std1 to Std7 for each cytokine are varied which can be found in Section X.*

## C. Blocking & Incubation

6. Add 100 µl Sample Diluent into each well and incubate at room temperature for 30 minutes to block slides.

7. Decant buffer from each well. Add 100 µl standard cytokines or samples to each well. Incubate arrays at room temperature for 1-2 hour.

*Longer incubation time is preferable for higher signals. This step may be done overnight at 4°C.*

*We recommend using 50 to 100 µl of original or diluted serum, plasma, conditioned media, or other body fluid, or 250 µg/ml-1 mg/ml of protein for cell and tissue lysates. Cover the incubation chamber with adhesive film during incubation, especially if less than 70 ul of sample or reagent is used.*

8. Wash:

   - Decant the samples from each well, and wash 5 times (5 min each) with 150 µl of 1X Wash Buffer I at room temperature with gentle rocking. Completely remove wash buffer in each wash step. Dilute 20x Wash Buffer I with H2O.

   - *(Optional for Cell and Tissue Lysates)* Put the glass slide with frame into a box with 1X Wash Buffer I (cover the whole glass slide and frame with Wash Buffer

I), and wash at room temperature with gentle rocking for 20 min.

- Decant the 1x Wash Buffer I from each well, wash 2 times (5 min each) with 150 µl of 1X Wash Buffer II at room temperature with gentle rocking. Completely remove wash buffer in each wash step. Dilute 20X Wash Buffer II with H2O.

*Incomplete removal of the wash buffer in each wash step may cause "dark spots," the background signals higher than the spots.*

### D. Incubation with Biotinylated Antibody Cocktail & Wash

9. Reconstitute the detection antibody by adding 1.4 ml of Sample Diluent to the tube. Spin briefly.

10. Add 80 µl of the detection antibody cocktail to each well. Incubate at room temperature for 1-2 hour.

*Longer incubation time is preferable for higher signals and backgrounds*

11. Decant the samples from each well, and wash 5 times (5 mins each) with 150 µl of 1X Wash Buffer I and then 2 times with 150 µl of 1x Wash Buffer II at room temperature with gentle rocking. Completely remove wash buffer in each wash step.

### E. Incubation with Cy3 Equivalent Dye-Streptavidin & Wash

12. After briefly spinning down, add 1.4 ml of Sample Diluent to Cy3 equivalent dye-conjugated streptavidin tube. Mix gently.

13. Add 80 µl of Cy3 equivalent dye-conjugated streptavidin to each well. Cover the device with aluminum foil to avoid exposure to light or incubate in dark room. Incubate at room temperature for 1 hour.

14. Decant the samples from each well, and wash 5 times (5 mins each) with 150 µl of 1X Wash Buffer I at room temperature with gentle rocking. Completely remove wash buffer in each wash step.

## F. Fluorescence Detection

15. Disassemble the device by pushing clips outward from the slide side. Carefully remove the slide from the gasket.



*Be careful not to touch the surface of the array side.*

16. Place the slide in the Slide Washer/Dryer (a 4-slide holder/centrifuge tube), add enough 1x Wash Buffer I (about 30 ml) to cover the whole slide, and then gently shake at room temperature for 15 minutes. Decant Wash Buffer I. Wash with 1x Wash Buffer II (about 30 ml) and gently shake at room temperature for 5 minutes.

17. Remove water droplets completely by gently applying suction with a pipette to remove water droplets. Do not touch the array, only the sides.

    *You may also dry the glass slide by a compressed N2 stream.*

18. Imaging: The signals can be visualized through use of a laser scanner equipped with a Cy3 wavelength (green channel) such as Axon GenePix or Innopsys Innoscan. Make sure that the signal from the well containing the highest standard concentration (Std1) receives the highest possible reading, yet remains unsaturated.

*In case the signal intensity for different cytokine varies greatly in the same array, we recommend using multiple scans, with a higher PMT for low signal cytokines, and a low PMT for high signal cytokines.*

## G. Data Analysis

19. Data extraction can be done using the GAL file that is specific for this array along with the microarray analysis software (GenePix, ScanArray Express, ArrayVision, MicroVigene, etc.). GAL files can be found here: www.RayBiotech.com/Gal-Files.html.

    Need help analyzing all that data? Copy and paste your data into the Q-Analyzer Tool specific for this array, catalog number: **QAH-INF-1-SW**. More information can be found in Section XII.



# IX. Array Map & Standard Curves

| | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| | | | | Each antibody is printed in quadruplicate horizontally | | | | |
| A | POS1 | | | | POS2 | | | |
| B | IL-1 alpha | | | | IL-1 beta | | | |
| C | IL-4 | | | | IL-6 | | | |
| D | IL-8 (CXCL8) | | | | IL-10 | | | |
| E | IL-13 | | | | MCP-1 (CCL2) | | | |
| F | IFN-gamma | | | | TNF-alpha | | | |

Standard curves for IL-1a, IL-10, TNFa, IL-1b, IL-13, IL-8, IL-4, MCP-1, IL-6, IFNg (Signal-BKG vs. Concentration (pg/ml)).

# X. Standard Concentrations

After reconstitution, the lyophilized cytokine standard mix contains the following concentrations for each antigen included.

*Serial standard concentration (pg/ml)*

| (pg/ml) | Cntrl | Std7 | Std6 | Std5 | Std4 | Std3 | Std2 | Std1 |
|---|---|---|---|---|---|---|---|---|
| IL-1α | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| IL-1β | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| IL-4 | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| IL-6 | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| IL-8 | 0 | 1 | 2 | 5 | 15 | 44 | 133 | 400 |
| IL-10 | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| IL-13 | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| MCP-1 | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |
| IFNγ | 0 | 14 | 41 | 123 | 370 | 1,111 | 3,333 | 10,000 |
| TNFα | 0 | 3 | 8 | 25 | 74 | 222 | 667 | 2,000 |

# XI. Spiking & Recovery

The antibody pairs used in the kit have been tested to recognize their specific antigen. The spiking recovery rates of each protein in some common fluids are listed in the following tables.

*The spiking recovery rate for human serum*

| IL-1α | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 1333 | 444 | 148 | 49 | 16 |
| Oberved Ag (pg/ml) | 1318 | 422 | 136 | 44 | 11 |
| Recovery | 99% | 95% | 92% | 90% | 65% |

| IL-1β | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 667 | 222 | 74 | 25 | 8 |
| Oberved Ag (pg/ml) | 767 | 271 | 63 | 22 | 7 |
| Recovery | 115% | 122% | 86% | 89% | 85% |

| IL-4 | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 1333 | 444 | 148 | 49 | 16 |
| Oberved Ag (pg/ml) | 1130 | 482 | 133 | 47 | 16 |
| Recovery | 85% | 108% | 90% | 95% | 95% |

| IL-6 | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 667 | 222 | 74 | 25 | 8 |
| Oberved Ag (pg/ml) | 673 | 217 | 50 | 8 | 2 |
| Recovery | 101% | 97% | 67% | 34% | 22% |

| IL-8 | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 667 | 222 | 74 | 25 | 8 |
| Oberved Ag (pg/ml) | 679 | 190 | 69 | 24 | 8 |
| Recovery | 102% | 85% | 93% | 97% | 96% |

| IL-10 | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 667 | 222 | 74 | 25 | 8 |
| Oberved Ag (pg/ml) | 564 | 185 | 58 | 22 | 4 |
| Recovery | 85% | 83% | 78% | 89% | 47% |

| IL-13 | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 667 | 222 | 74 | 25 | 8 |
| Oberved Ag (pg/ml) | 670 | 235 | 80 | 22 | 3 |
| Recovery | 101% | 106% | 108% | 90% | 39% |

| MCP-1 | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 1333 | 444 | 148 | 49 | 16 |
| Oberved Ag (pg/ml) | 1354 | 424 | 130 | 43 | 10 |
| Recovery | 102% | 95% | 88% | 87% | 61% |

| IFNγ | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 1333 | 444 | 148 | 49 | 16 |
| Oberved Ag (pg/ml) | 1095 | 355 | 132 | 40 | 6 |
| Recovery | 82% | 80% | 89% | 81% | 40% |

| TNFα | | | | | |
|---|---|---|---|---|---|
| Spiking Ag (pg/ml) | 1333 | 444 | 148 | 49 | 16 |
| Oberved Ag (pg/ml) | 1305 | 461 | 129 | 46 | 15 |
| Recovery | 98% | 104% | 87% | 93% | 91% |

# XII. Quantibody® Q-Analyzer

The Q-Analyzer is an array specific, Excel-based program. It is much more than a simple calculation macro; it performs sophisticated data analysis (see below for description).

The Q-Analyzer Tool specific for this array is catalog number: **QAH-INF-1-SW**.

**Key features:**

- Simplicity: Easy to operate and requires no professional training. With a simple copy and paste process, the cytokine concentration is determined.
- Outlier Marking & Removing: The software can automatically mark and remove the outlier spots for more accurate data analysis
- Normalization: The program allows for intra- and inter-slide normalization for large numbers of samples.
- Two Positive Controls: The program utilizes the two positive controls in each array for normalization.
- Two Analytical Algorithms: Users can choose either linear regression or log-log algorithms to meet their analytical needs.
- Two Data Outputs: standard curves and digital concentration.
- User Intervention: The program allows for user manual handling of outliers and other analytical data.
- Lower and Upper Limits Determination: The program automatically marks out the values below or above the detection range.
- Standard Deviation: The program outputs the standard deviations of the quadruplicate spots for data accuracy.
- Analytical Tips: Q-Analyzer analysis tips are included in the program.

# XIII. Troubleshooting Guide

| Problem | Cause | Recommendation |
|---|---|---|
| **Weak Signal** | Inadequate detection | Increase laser power and PMT parameters |
| | Inadequate reagent volumes or improper dilution | Check pipettes and ensure correct preparation |
| | Short incubation time | Increase incubation time or change sample incubation step to overnight |
| | Too low protein concentration in sample | Lessen dilution or do not dilute sample. Concentrate sample if necessary. |
| | Improper storage of kit | Store kit as suggested temperature. Don't freeze/thaw the slide. |
| **Uneven signal** | Bubble formed during incubation | Decrease amount of rocking during incubations. check for bubble formation and remove bubbles. |
| | Arrays are not completed covered by reagent | Completely cover arrays with solution for all required steps. |
| | Reagent evaporation | Cover the incubation chamber with adhesive film during incubation |
| **Poor standard curve** | Cross-contamination from neighboring wells | Avoid overflowing wash buffer and other solutions into neighboring wells. |
| | Comet tail formation | Air dry the slide for at least 1 hour before usage |
| | Inadequate standard reconstitution or Improper dilution | Reconstitute the lyophilized standard well at the room temperature before making serial dilutions. Check pipettes and ensure proper serial dilutions. |
| | Inadequate detection | Increase laser power so the highest standard concentration for each cytokine receives the highest possible reading yet remains unsaturated. |
| | Use freeze-thawed cytokine standards | Always use new cytokine standard vial for new set of experiment. Discard any leftover. |
| **High background** | Overexposure | Lower the PMT or signal gain. |
| | Dark spots | Completely remove wash buffer in each wash step. |
| | Insufficient wash | Increase wash time and use more wash buffer |
| | Dust | Work in clean environment |
| | Slide is allowed to dry out | Don't dry out slides during experiment. |

# XIV. Publications Citing This Product

1. Zhai Y, Zhong Z, Chen C-YA, Xia Z, Song L, Blackburn MR, Shyu A-B. Coordinated Changes in mRNA Turnover, Translation, and RNA Processing Bodies in Bronchial Epithelial Cells following Inflammatory Stimulation. Mol Cell Biol. 2008; 28(24):7414-7426.
   **Species:** Human

2. Modulation of Cytokine Release and Gene Expression by the Immunosuppressive Domain of gp41 of HIV-1
   **Species:** Human

*More citations for this product may be available.*
Contact techsupport@raybiotech.com.

# XV. Experiment Record Form

Date:_____

File Name:_____

Laser Power:_____

PMT:_____

| Well No. | Sample Name | Dilution factor |
|---|---|---|
| 1 | CNTRL | |
| 2 | Std7 | |
| 3 | Std6 | |
| 4 | Std5 | |
| 5 | Std4 | |
| 6 | Std3 | |
| 7 | Std2 | |
| 8 | Std1 | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |



# XVI. How to Choose a Quantibody® Array?

**Species-based selection:**

| Human (QAH-) | Mouse (QAM-) | Rat (QAR-) | Bovine (QAB-) | Canine (QAC-) |
| --- | --- | --- | --- | --- |
| Equine (QAE-) | Feline (QAF-) | Primates (QAN-) | Porcine (QAP-) | Rabbit (QAL-) |

**Function-based selection:**

| Adhesion Molecule Arrays | Angiogenesis Arrays | Bone Metabolism Arrays | Chemokine Arrays |
| --- | --- | --- | --- |
| ***Custom Arrays*** | Cytokine Arrays | Growth Factor Arrays | IGF Signaling Arrays |
| IL-1 Family Arrays | Immune Response Arrays | Inflammation Arrays | Interleukin Arrays |
| Isotyping Arrays | MMP Arrays | Obesity Arrays | Ophthalmic Arrays |
| Periodontal Disease Arrays | Receptor Arrays | Th1/Th2/Th17 Arrays | |

**Cytokine Number-based selection:**
Arrays are available in the Quantibody® platform to detect 1000 human, 200 mouse, or 67 rat proteins. GLP-Compliant testing services are also available.

To learn more about the Quantibody® Antibody Array, visit
www.RayBiotech.com/Quantibody-Multiplex-Elisa-Array.html

Quantibody® is the trademark of RayBiotech, Inc.
This product is for research use only.



©2019 RayBiotech, Inc