UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED
Jan 13, 2025, 12:17 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**

UNITED STATE OF AMERICA
  Plaintiff

§

v.

Case No. 22-CV-1159
(Vitaliano, J.)(Levy, M.J.)
Date: January 11. 2025

§

ANDREW SINCLAIR / B4B EARTH TEA LLC /
  Defendant

## **CERTIFICATE OF SERVICE OF REBUTTAL RESPONSE**

On January 13, 2025 I sent my response to Plaintiff **REBUTTAL EXPERT REPORT.** Response was sent to the other party and the court.

via agreed method of communications, by email. All documents was sent to the following:

James T. Nelson: james.nelson2@usdoj.gov, ocl.files@usdoj.gov

Michael S. Blume: michael.blume@usdoj.gov

Zachary Alan Dietert: zachary.a.dietert@usdoj.gov


Andrew Sinclair
B4B Earth Tea LLC / B4B Corp
9703 Sutphin Blvd
Unit 350008
Jamaica NY 11435
Tele: 718-635-2135
asinclairhg@gmail.com

　　　　　　　　　　　　　　　　　　　　____/s/ Andrew Sinclair_____
　　　　　　　　　　　　　　　　　　　　Andrew Sinclair
　　　　　　　　　　　　　　　　　　　　Defendant