# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>B4B EARTH TEA LLC, a limited liability company;<br><br>B4B CORP., a corporation; and<br><br>ANDREW MARTIN SINCLAIR, individually and as an officer of B4B EARTH TEA LLC and B4B CORP.,<br><br>    Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Civil Action No.: 22-CV-1159**<br><br>**Judge Eric N. Vitaliano**<br><br>**Magistrate Judge Robert M. Levy** |

Pursuant to Civil Rule 41(a)(1)(A)(i), Plaintiff the United States hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants B4B Earth Tea LLC and B4B Corp., neither of which has served an answer or a motion for summary judgment.

DATED this 17th day of March 2025.

                                                  Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

JOHN J. DURHAM
United States Attorney

MICHAEL S. BLUME
Assistant United States Attorney
United States Attorney's Office
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
Telephone: (718) 254-6479
Email: Michael.Blume@usdoj.gov

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division

AMANDA N. LISKAMM
Director
Consumer Protection Branch

LISA K. HSIAO
Deputy Director, Civil Litigation
Consumer Protection Branch

ZACHARY A. DIETERT
Assistant Director
Consumer Protection Branch

 /s/ James T. Nelson
JAMES T. NELSON
Senior Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-S
Washington, DC 20001
Telephone: (202) 616-2376
Facsimile: (202) 514-8742
Email: James.Nelson2@usdoj.gov