# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>B4B EARTH TEA LLC, a limited liability company;<br><br>B4B CORP., a corporation; and<br><br>ANDREW MARTIN SINCLAIR, individually and as an officer of B4B EARTH TEA LLC and B4B CORP.,<br><br>    Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Civil Action No.: 22-CV-1159**<br><br>**Judge Eric N. Vitaliano**<br><br>**Magistrate Judge Robert M. Levy** |

    In light of the government's interest in redirecting its resources to more current priorities, and the particular circumstances of this case and these defendants, Plaintiff the United States of America and Defendant Andrew Martin Sinclair stipulate to the dismissal with prejudice of all claims and counterclaims in the above-captioned case. Both parties agree to be responsible for their own costs and fees.

DATED this _17_ day of March 2025.

                                                                        Respectfully submitted,

FOR DEFENDANT SINCLAIR:

_[signature]_
March 17, 2025
Mr. Andrew Martin Sinclair


FOR THE UNITED STATES OF AMERICA:

JOHN J. DURHAM
United States Attorney
MICHAEL S. BLUME
Assistant United States Attorney
United States Attorney's Office
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
Telephone: (718) 254-6479
Email: Michael.Blume@usdoj.gov

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division

AMANDA N. LISKAMM
Director
Consumer Protection Branch

LISA K. HSIAO
Deputy Director, Civil Litigation
Consumer Protection Branch

ZACHARY A. DIETERT
Assistant Director
Consumer Protection Branch

/s/ James T. Nelson
JAMES T. NELSON
Senior Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, NW, Suite 6400-S
Washington, DC 20001
Telephone: (202) 616-2376
Facsimile: (202) 514-8742
Email: James.Nelson2@usdoj.gov